B104 (FORM 104) (08/07)

| ADVERSARY PROCEEDING COVER SHEET<br>(Instructions on Reverse) | ADVERSARY PROCEEDING NUMBER<br>(Court Use Only) |
|---|---|

| **PLAINTIFFS**<br>Ports Petroleum Company, Inc. | **DEFENDANTS**<br>Buckhead Oil Company, Inc. |
|---|---|
| **ATTORNEYS** (Firm Name, Address, and Telephone No.)<br>Friedman, Dever & Merlin, LLC<br>5555 Glenridge Connector, N.E., Suite 925<br>Atlanta, Ga 30342<br>(404)236-8600 | **ATTORNEYS** (If Known)<br>Lamberth, Cifelli, Stokes, Ellis & Nason<br>3343 Peachtree Road, NE, Suite 550<br>Atlanta, GA 30326 |
| **PARTY** (Check One Box Only)<br>□ Debtor          □ U.S. Trustee/Bankruptcy Admin<br>☒ Creditor       □ Other<br>□ Trustee | **PARTY** (Check One Box Only)<br>☒ Debtor          □ U.S. Trustee/Bankruptcy Admin<br>□ Creditor       □ Other<br>□ Trustee |

**CAUSE OF ACTION** (WRITE A BRIEF STATEMENT OF CAUSE OF ACTION, INCLUDING ALL U.S. STATUTES INVOLVED)

Complaint for Reclamation of Goods - 11 U.S.C. § 546(c);
Uniform Commercial Code § 2-702; O.C.G.A §§ 11-2-701 et seq.

## NATURE OF SUIT

(Number up to five (5) boxes starting with lead cause of action as 1, first alternative cause as 2, second alternative cause as 3, etc.)

**FRBP 7001(1) – Recovery of Money/Property**
☐ 11-Recovery of money/property - §542 turnover of property
☐ 12-Recovery of money/property - §547 preference
☐ 13-Recovery of money/property - §548 fraudulent transfer
☒ 14-Recovery of money/property - other

**FRBP 7001(2) – Validity, Priority or Extent of Lien**
☐ 21-Validity, priority or extent of lien or other interest in property

**FRBP 7001(3) – Approval of Sale of Property**
☐ 31-Approval of sale of property of estate and of a co-owner - §363(h)

**FRBP 7001(4) – Objection/Revocation of Discharge**
☐ 41-Objection / revocation of discharge - §727(c),(d),(e)

**FRBP 7001(5) – Revocation of Confirmation**
☐ 51-Revocation of confirmation

**FRBP 7001(6) – Dischargeability**
☐ 66-Dischargeability - §523(a)(1),(14),(14A) priority tax claims
☐ 62-Dischargeability - §523(a)(2), false pretenses, false representation,
        actual fraud
☐ 67-Dischargeability - §523(a)(4), fraud as fiduciary, embezzlement, larceny

(continued next column)

**FRBP 7001(6) – Dischargeability (continued)**
☐ 61-Dischargeability - §523(a)(5), domestic support
☐ 68-Dischargeability - §523(a)(6), willful and malicious injury
☐ 63-Dischargeability - §523(a)(8), student loan
☐ 64-Dischargeability - §523(a)(15), divorce or separation obligation
        (other than domestic support)
☐ 65-Dischargeability - other

**FRBP 7001(7) – Injunctive Relief**
☐ 71-Injunctive relief – imposition of stay
☐ 72-Injunctive relief – other

**FRBP 7001(8) Subordination of Claim or Interest**
☐ 81-Subordination of claim or interest

**FRBP 7001(9) Declaratory Judgment**
☐ 91-Declaratory judgment

**FRBP 7001(10) Determination of Removed Action**
☐ 01-Determination of removed claim or cause

**Other**
☐ SS-SIPA Case – 15 U.S.C. §§78aaa *et.seq.*
☐ 02-Other (e.g. other actions that would have been brought in state court
        if unrelated to bankruptcy case)

| □ Check if this case involves a substantive issue of state law | □ Check if this is asserted to be a class action under FRCP 23 |
|---|---|
| □ Check if a jury trial is demanded in complaint | Demand $ |
| Other Relief Sought | |

B104 (FORM 104) (08/07), Page 2

| BANKRUPTCY CASE IN WHICH THIS ADVERSARY PROCEEDING ARISES | | |
|---|---|---|
| NAME OF DEBTOR<br>Buckhead Oil Company, Inc. | BANKRUPTCY CASE NO.<br>08-72829-REB | |
| DISTRICT IN WHICH CASE IS PENDING<br>Northern District of Georgia | DIVISION OFFICE<br>Atlanta | NAME OF JUDGE<br>Robert E. Brizendine |

| RELATED ADVERSARY PROCEEDING (IF ANY) | | |
|---|---|---|
| PLAINTIFF<br>Mansfield Oil Company of Gainesville, Inc.<br><br>Triton Marketing, Inc. | DEFENDANT<br>Buckhead Oil Company, Inc.<br><br>Buckhead Oil Company, Inc. | ADVERSARY<br>PROCEEDING NO.<br>08-6383<br>08-06386 |
| DISTRICT IN WHICH ADVERSARY IS PENDING<br>Northern District of Georgia | DIVISION OFFICE<br>Atlanta | NAME OF JUDGE |

SIGNATURE OF ATTORNEY (OR PLAINTIFF)

| DATE | PRINT NAME OF ATTORNEY (OR PLAINTIFF) |
|---|---|
| 7-16-08 | H. Michael Dever |

### INSTRUCTIONS

The filing of a bankruptcy case creates an "estate" under the jurisdiction of the bankruptcy court which consists of all of the property of the debtor, wherever that property is located. Because the bankruptcy estate is so extensive and the jurisdiction of the court so broad, there may be lawsuits over the property or property rights of the estate. There also may be lawsuits concerning the debtor's discharge. If such a lawsuit is filed in a bankruptcy court, it is called an adversary proceeding.

A party filing an adversary proceeding must also must complete and file Form 104, the Adversary Proceeding Cover Sheet, unless the party files the adversary proceeding electronically through the court's Case Management/Electronic Case Filing system (CM/ECF). (CM/ECF captures the information on Form 104 as part of the filing process.) When completed, the cover sheet summarizes basic information on the adversary proceeding. The clerk of court needs the information to process the adversary proceeding and prepare required statistical reports on court activity.

The cover sheet and the information contained on it do not replace or supplement the filing and service of pleadings or other papers as required by law, the Bankruptcy Rules, or the local rules of court. The cover sheet, which is largely self-explanatory, must be completed by the plaintiff's attorney (or by the plaintiff if the plaintiff is not represented by an attorney). A separate cover sheet must be submitted to the clerk for each complaint filed.

**Plaintiffs** and **Defendants.** Give the names of the plaintiffs and defendants exactly as they appear on the complaint.

**Attorneys.** Give the names and addresses of the attorneys, if known.

**Party**. Check the most appropriate box in the first column for the plaintiffs and the second column for the defendants.

**Demand.** Enter the dollar amount being demanded in the complaint.

**Signature.** This cover sheet must be signed by the attorney of record in the box on the second page of the form. If the plaintiff is represented by a law firm, a member of the firm must sign. If the plaintiff is pro se, that is, not represented by an attorney, the plaintiff must sign.

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 11 |
| | : | |
| BUCKHEAD OIL COMPANY, INC., | : | CASE NO. 08-72829-REB |
| | : | |
| Debtor. | : | HON. ROBERT E. BRIZENDINE |
| ──────────────────── | : | |
| | : | |
| PORTS PETROLEUM COMPANY, INC. | : | |
| | : | |
| Movant, | : | ADVERSARY PROCEEDING NO: |
| | : | |
| v. | : | |
| | : | |
| BUCKHEAD OIL COMPANY, INC., | : | |
| TAMARA MILES OGIER, TRUSTEE, | : | |
| | : | |
| Respondents. | : | |
| ──────────────────── | : | |

**COMPLAINT FOR RECLAMATION OF GOODS
BY PORTS PETROLEUM COMPANY, INC.**

COMES NOW, Ports Petroleum Company, Inc. ("Ports"), a creditor and party in interest in the above-captioned matter, and files this Complaint for Reclamation of Goods against Defendant, Buckhead Oil Company, Inc., Debtor and Debtor-In-Possession ("Debtor"), and respectfully represents as follows:

1

## Jurisdiction and Venue

1.

This is a notice for reclamation of goods pursuant to Section 546(c) of Title 11 of the United States Code (the "Bankruptcy Code"), Section 2-702 of the Uniform Commercial Code ("UCC") as adopted in the State of Georgia by O.C.G.A. §§ 11-2-701 et. seq. and Rules 7001, et. seq. of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

2.

This Court has jurisdiction pursuant to 28 U.S.C. § 1334, in that these proceedings are "core proceedings" pursuant to 28 U.S.C. §§ 157(b)(2)(A), (F) and (O), and § 157 (b)(2)(j) in that they arise under or are related to Debtor's bankruptcy case.

3.

Venue is proper in this Court by virtue of 28 U.S.C. § 1409 in that Debtor's case is pending in this jurisdiction.

4.

Debtor is subject to the jurisdiction and venue of this Court and may be served with Summons and Complaint at 3640 Jodeco Road, McDonough, Georgia 30253 and by and through its counsel of record, Gregory D. Ellis, Esq., Lamberth, Cifelli,

2

Stokes, Ellis & Nason, 3343 Peachtree Road, NE, Suite 550, Atlanta, Georgia 30326 or by such other means as may be permitted by Rule 7004 of the Federal Rules of Bankruptcy Procedure.

### The Parties

5.

Ports is a petroleum wholesaler and fuel retailer based in Wooster, Ohio and is registered to do business in Georgia with the Georgia Secretary of State.

6.

Debtor is a corporation organized under the laws of the State of Georgia.

7.

On July 3, 2008 (the "Petition Date"), Debtor filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Northern District of Georgia.

### Background

8.

Ports has fuel products available at terminals located throughout Georgia whereby authorized customers are permitted to

pump fuel into their trucks similar to the manner in which consumers go to gas stations to fill up their cars.

9.

It is standard business practice for wholesalers, such as Ports, to extend a credit line to authorized customers whereby the authorized customer is authorized to load fuel at the terminal; then several days later, the amount due is electronically transferred from the authorized customer's bank account and deposited into a Ports account for payment.

10.

On or about April 23, 2008, Debtor sent a credit application to Ports seeking a credit line to begin purchasing fuel from Ports in Georgia in the manner articulated in paragraph 9 above. A true and correct copy of the Debtor's credit application package is attached hereto as Exhibit "1."

11.

In addition to the credit application, Debtor delivered to Ports a Profit & Loss statement and a Balance Sheet which represented in part that Debtor generated net income from January 1, 2008 through April 28, 2008 of approximately $479,592.47 and had cash in bank accounts totaling $418,537.25

4

as of December 31, 2007. A true and correct copy of the Profit & Loss statement and Balance Sheet is attached hereto as Exhibit "2."

12.

Thereafter, Ports extended to Debtor a $200,000.00 credit limit and entered into an electronic funds transfer authorization agreement with Debtor authorizing Ports to withdraw funds from Debtor's account with Bank of North Georgia in Stockbridge, Georgia. Payment terms were that the invoices would be due and payable by Electronic Funds Transfer ("EFT") seven days from the date the fuel was pumped at the Ports terminal locations. A true and correct copy of the electronic funds transfer authorization agreement is attached hereto as Exhibit "3."

13.

Accordingly, Debtor began purchasing moderate amounts of fuel from the Ports terminal locations on or about June 3, 2008.

14.

Then, beginning June 17, 2008 through July 1, 2008, Debtor purchased $1,183,629.81 of fuel from Ports (the "Goods"). These purchases significantly exceeded Debtor's credit limit and prior

5

purchasing patterns. A true and correct copy of the invoices totaling $1,183,629.81 is attached hereto as Exhibit "4."

15.

In accordance with its agreement, Ports attempted to process electronic fund transfers from Debtor's bank account totaling $1,183,629.81, but those transfers were dishonored; to date, fuel purchases in the approximate amount of $1,183,629.81 have not been paid.

16.

Ports delivered to Debtor a demand for reclamation on July 16, 2008. Said demand is attached hereto as Exhibit "5."

## COUNT I

### Reclamation

17.

Ports incorporates by reference all of the allegations contained in the paragraphs above.

18.

Ports sold the Goods to Debtor in the ordinary course of Ports's business.

19.

Upon information and belief, during the forty-five (45) days prior to the Petition Date when Debtor received all of the Goods, Debtor was insolvent.

20.

Ports did not know of Debtor's insolvency when Ports allowed the Debtor to draw down the Ports fuel from the terminal.

21.

Pursuant to 11 U.S.C. § 546 (c) and O.C.G.A. § 11-2-702(2), Ports sent a timely demand for reclamation of the Goods to Debtor on July 16, 2008.

22.

Despite demand, Debtor has failed or has refused to return the Goods to Ports and Ports has not received payment therefor.

23.

Upon information and belief, Debtor has sold or otherwise disposed of at least a portion of the Goods and retained the proceeds for use in Debtor's business.

24.

Ports is entitled to reclaim any and all of the Goods presently in the possession of Debtor.

25.

Ports is without adequate remedy at law to protect its reclamation rights.

26.

Pursuant to 11 U.S.C. § 546 (c) and O.C.G.A. § 11-2-702(2), Ports is entitled to reclaim the Goods from Debtor.

## COUNT II

## (In the alternative) – Administrative Expense Claim

27.

Ports incorporates by reference all of the allegations contained in the paragraphs above.

28.

Debtor received the Goods within 20 days before the date of commencement of its Chapter 11 case.

29.

Ports sold the goods to Debtor, and Debtor received the goods, in the ordinary course of Debtor's business.

30.

Pursuant to 11 U.S.C. § 503(b)(9), Ports is entitled to the allowance and payment of an administrative expense equal to the value of the Goods.

WHEREFORE, Ports respectfully requests that the Court:

(a)     Cause process to issue and be served upon Debtor in accordance with the law;

(b)     Grant Ports a replacement lien or direct Debtor to immediately pay as an expense of administration to Ports the amount of $1,183,629.81 on account of the Goods sold; and

(c)     Grant Ports such other and further relief as this Court deems just and proper.

Respectfully submitted,
FRIEDMAN, DEVER & MERLIN, LLC

By:  /s/ H. Michael Dever_____
H. Michael Dever
Georgia Bar No. 219785
MDever@FDMLaw.com
Genevieve H. Dame
Georgia Bar No. 142229
GDame@FDMLaw.com
Attorneys for Ports Petroleum
Company, Inc.

5555 Glenridge Connector, NE
Suite 925, Glenridge Highlands
Atlanta, GA 30342-4728
404-236-8600

Respectfully submitted,
CHARLTON & GLOVER, P.C.

By:  /s/ Robert D. Schwartz____
     Robert D. Schwartz
     Georgia Bar No. 631159
     BobSchwartzLaw@aol.com
     Patricia S. Glover
     Georgia Bar No. 298035
     PSG@CharltonGlover.com
     Attorneys for Ports Petroleum
     Company, Inc.

87 Vickery Street
Roswell, GA 30075
(770) 993-1005

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 11 |
| | : | |
| BUCKHEAD OIL COMPANY, INC., | : | CASE NO. 08-72829-REB |
| | : | |
| Debtor. | : | HON. ROBERT E. BRIZENDINE |
| _____ | : | |
| | : | |
| PORTS PETROLEUM COMPANY, INC. | : | |
| | : | |
| Movant, | : | |
| | : | |
| v. | : | |
| | : | |
| BUCKHEAD OIL COMPANY, INC., | : | |
| TAMARA MILES OGIER, TRUSTEE, | : | |
| | : | |
| Respondents. | : | |
| _____ | : | |

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served true and correct copies of the foregoing **COMPLAINT FOR RECLAMATION OF GOODS BY PORTS PETROLEUM COMPANY, INC.**, by causing said copies to be electronically served via the CM/ECF system and to be deposited in the U.S. Mail, first class postage prepaid, addressed as follows:

Gregory D. Ellis, Esq.
Lamberth, Cifelli, Stokes, Ellis & Nason, P.A.
3343 Peachtree Road, N.E.
East Tower, Suite 550

Atlanta, Georgia 30326
gellis@lcsslaw.com

R. Michael Thompson, Esq.
Albert F. Nasuti, Esq.
Ted W. Hight III, Esq.
Thompson, O'Brien, Kemp & Nasuti, P.C.
40 Technology Parkway South, Suite 300
Norcross, Georgia 30092
mthompson@tokn.com
anasuti@tokn.com
thight@tokn.com

Office of the U.S. Trustee
362 Richard Russell Building
75 Spring Street, S. W.
Atlanta, Georgia 30303

Stephen C. Greenberg
Eric D. Swartz
Holt Ney Zatcoff & Wasserman, LLP
100 Galleria Parkway, Suite 600
Atlanta, Georgia 30339-5947
eswartz@hnzw.com
sgreenberg@hnzw.com

Tamara Miles Ogier
Ellenberg, Ogier, Rothschild & Rosenfeld, P.C.
170 Mitchell Street, SW
Atlanta, Georgia  30303
tmo@eorrlaw.com

Buckhead Oil Company, Inc.
3640 Jodeco Road
McDonough, Georgia 30253

This 16th day of July, 2008.

                         Respectfully submitted,
                         FRIEDMAN, DEVER & MERLIN, LLC

                         By:   /s/ H. Michael Dever_____

H. Michael Dever
Georgia Bar No. 219785
MDever@FDMLaw.com
Genevieve H. Dame
Georgia Bar No. 142229
GDame@FDMLaw.com

# EXHIBIT

## "1"

04/23/2008  22:07       6786105561              BUCKHEAD OIL COMPANY                    PAGE  06/10

7 day ✓✓

**PORTS PETROLEUM** etc., inc.   P.O. Box 1045 • 1337 Blachleyville Road
Wooster, Ohio 44691 • (800) 368-0373

☒ Credit Application    ☐ Check Cashing Application

| Complete Business Name | Phone No. |
|---|---|
| Buckhead Oil Company | 678 610 5422 |

| Street Address / P.O. Box | City | State | Zip |
|---|---|---|---|
| 3640 Jodeco Rd | Mcdonough | GA | 30253 |

Check One:
☒ Corporation  ☐ Partnership  ☐ D.B.A.  ☐ Sole Proprietorship

How Long In Business?
4 years

Nature Of Business
Wholesale Fuel

If sales tax exempt complete the attached Certificate of Exemption. If we don't have a certificate on file you will be charged sales tax.

**TRADE REFERENCES (List Three)**

1. Fuel Masters

Contact Person: Wendy / Ricky (Credit Mgr.)

| Street | City | State | Zip | Phone |
|---|---|---|---|---|
| PO Box 90 | Abilene | TX | 79604 | 325 676 3835 |

2. Mansfield Oil

Contact Person: Credit Dept.

| Street | City | State | Zip | Phone |
|---|---|---|---|---|
| 1025 Airport Pkwy SW | Gainesville | GA | 30505 | (678) 450 2298 |

3. Triton Marketing

Contact Person: Racheal (Credit Mgr.)

| Street | City | State | Zip | Phone |
|---|---|---|---|---|
| 8955 Dunwoody PL | Atlanta | GA | 30350 | (770) 912 7088 x 836 |

**SOLE PROPRIETORSHIP**

| Residential Property: ☐ Own  ☐ Rent | Length Of Time At Current Address |
|---|---|
| Your Mortgage Is With? | |
| Business Property: ☐ Own  ☐ Rent | Mortgage Is With? |
| Have You Ever Operated Another Business? ☐ No  ☐ Yes (If Yes, Under What Name) | Social Security No. |

**PARTNERSHIP**

| Residential Property: ☐ Own  ☐ Rent | Length Of Time At Current Address |
|---|---|
| Your Mortgage Is With? | |
| Business Property: ☐ Own  ☐ Rent | Mortgage Is With? |
| Have You Ever Operated Another Business? ☐ No  ☐ Yes (If Yes, Under What Name) | Social Security No. |

**CORPORATION**

| Are You An: ☒ Independent Corp.  ☐ Subsidiary  ☐ Division | If Subsidiary Or Division Name Of Parent Company |
|---|---|
| Are There Any Liens On: ☐ Property  ☐ Equipment  ☐ Receivables | Please Attach A Current Financial Statement |

Please List Complete Names, Addresses, Telephone Numbers, and Social Security Numbers Of Owners, Partners And/Or Directors.

1. Charles Mullis ▉▉▉▉▉▉▉▉▉▉   Stockbridge GA ▉▉▉

2.

3.

| INTERNAL USE ONLY | Date | IF APPLYING FOR FUEL MART CHARGE CARD, COMPLETE BOTH SIDES OF THIS FORM. | | |
|---|---|---|---|---|
| ☐ Approved | | Applicant's Signature | Title | Date |
| Customer Number | Tax Status ☐ Exempt  ☐ Non-Exempt | X _[signature]_ | President | 4/20/08 |
| ☐ Wholesale  ☐ Commercial | | | | |

Range Petroleum LLC - Blalock Oil Company



**P**ORTS **P**ETROLEUM
CO., INC.

P.O. Box 1046
1337 Blachleyville Road
Wooster, Ohio 44691
(330) 264-1685

STATE MOTOR VEHICLE FUEL TAX EXEMPTION STATEMENT FOR REGISTERED DEALERS
(ONE STATEMENT NEEDED FOR EACH STATE IN WHICH YOU ARE CLAIMING EXEMPTION)

DATE: 4/22/08

TO: Ports Petroleum Company, Inc.
1337 Blachleyville Road
P.O. Box 1046
Wooster, Ohio 44691

Buckhead Oil Company _____ is a licensed dealer with the State of

Georgia _____. For your records, our gasoline license number is _____ and

our diesel license number is 11078-GR _____.

In the event the information furnished above is invalid, the purchaser will reimburse the seller for

any tax, penalty and interest assessed by the State.

PURCHASER ADDRESS:

3640 Jodeco Rd

Mcdonough GA 30253

SIGNED: _____

TITLE: President
Owner / Officer Only

DATE: 4/22/08

PD 40



P.O. Box 1046
1337 Blachleyville Road
Wooster, Ohio 44691
(330) 264-1866

DATE: 4/22/08

TO: Ports Petroleum Company Inc.
1337 Blachleyville Road
PO Box 1046
Wooster OH 44691

Buckhead Oil Company is a customer of Ports Petroleum Company Inc. For your records, our Federal Employer Identification Number (FEIN) or Social Security Number is ████████ 992.

I understand that the increased use of Federal Employer Identification Numbers for reporting purposes to various taxing authorities requires you to obtain this information.

Buyer agrees to inform seller if said Federal Employer Identification Number is revoked or surrendered.

Purchaser's Address: 3640 Jodeco Rd
Mcdonough GA 30253

Signed: Chad Bell
Title: President
Date: 4/22/08

04/23/2008  22:07   6786105561                    BUCKHEAD OIL COMPANY                    PAGE  02/18

## AUTHORIZATION TO RELEASE BANK INFORMATION

Please complete top section and return with application.

**BANK NAME:** Bank of North Georgia

**ADDRESS:** 1767 Rock Quarry Road
Stockbridge Georgia 30281

**TELEPHONE NO.** (770) 389 7191

This is my authorization to release information to Ports
Petroleum Company, Inc. for the purpose of establishing credit.

Buckhead Oil Company
Account Name per Bank Records          Account Number

Authorized Signature

Following section to be completed by bank.

**CUSTOMER NAME:** Buckhead Oil Company
**ADDRESS:** 3040 Jodeco Rd
McDonough GA 30253

**DEPOSITOR SINCE:** April 2007
**AVERAGE BALANCE:** 70,000.00
**PRESENT BALANCE:** 230,000.00

**BORROWER SINCE:** June 2007
**HIGH BALANCE:** 350,372.00
**PRESENT BALANCE:** 306,10440.80
**PAYMENT RECORD:** Paid as agreed.
**LOANS:** X SECURED   X UNSECURED
CO-SIGNED/GUARANTEED

**OTHER:**

Christie Mintry #535
Signature of Bank Representative

# EXHIBIT

# "2"

*(handwritten notes in left margin: "25,000 daily", "Short - trucks - 90% off Roads", "2-3,000 gallons -")*

# BUCKHEAD OIL COMPANY, INC.
## Balance Sheet
### As of December 31, 2007

| | Total |
|---|---|
| **ASSETS** | |
| **Current Assets** | |
| **Bank Accounts** | |
| BB&T Business IDA | 360,827.21 |
| FNB Operating Bank Account *0146 | 15,817.91 |
| FNB-Fuel Account *2589 | 445.05 |
| FNB-Payroll Account *2902 | 37,203.82 |
| FNB-Petty Cash Account | 1.00 |
| Fuel Bank Account-APAB-67475 | -8.50 |
| Operations Bank Account-APAB-67442 (deleted) | 4,461.99 |
| Payroll Bank Account-APAB-67431 (deleted) | 0.71 |
| Signature MMKT COMM Account-APAB-67134 | 0.00 |
| Wachovia MMkt - 83012 | 89.06 |
| **Total Bank Accounts** | **$418,837.25** |
| **Accounts Receivable** | |
| Accounts Receivable | 1,338,740.71 |
| **Total Accounts Receivable** | **$1,338,740.71** |
| **Other Current Assets** | |
| Employee Advances | 0.00 |
| Loans to Buckhead Transport | 7,533.23 |
| Loans to Jason Mullis | 15,000.00 |
| Undeposited Funds | 0.00 |
| **Total Other Current Assets** | **$22,533.23** |
| **Total Current Assets** | **$1,779,911.19** |
| **Fixed Assets** | |
| Equipment-tanks, pumps | 107,574.01 |
| Furniture and Equipment | 3,030.35 |
| Vehicles | 85,947.00 |
| 2004 Ford F250 7758 | |
| Original Cost | 31,566.53 |
| Total 2004 Ford F250 7758 | 31,566.53 |
| Hell Trailer | |
| Original Cost | 74,900.00 |
| Total Hell Trailer | 74,900.00 |
| Prius - J. Steele | |
| Original Cost | 21,095.93 |
| Total Prius - J. Steele | 21,095.93 |
| Truck #1 | |
| Original Cost | 186,960.00 |
| Total Truck #1 | 186,960.00 |
| Truck #10 and Trailer #11 | 5,713.33 |
| Original Cost | 157,000.00 |
| Total Truck #10 and Trailer #11 | 162,713.33 |
| Truck #2 | |

05/06/2008  03:05   6786185561                     BUCKHEAD OIL COMPANY                      PAGE  03/04

| | Total |
|---|---|
| Original Cost | 172,904.00 |
| Total Truck #2 | 172,904.00 |
| Truck #3 | |
| Original Cost | 200,465.44 |
| Total Truck #3 | 200,465.44 |
| Total Vehicles | 936,552.23 |
| Total Fixed Assets | $1,047,156.59 |
| TOTAL ASSETS | $2,827,067.78 |
| LIABILITIES AND EQUITY | |
| Liabilities | |
| Current Liabilities | |
| Accounts Payable | |
| Accounts Payable | 178,799.49 |
| Total Accounts Payable | $178,799.49 |
| Other Current Liabilities | |
| Credit Line Payable | 0.00 |
| Due to Buckhead Transport | 1,681.08 |
| Loan Payable | 177,700.00 |
| Payroll Liabilities | 36,002.82 |
| Sales Tax Payable | 2,245.77 |
| 3% sales tax | -0.21 |
| 4% Sales tax | 0.00 |
| Baldwin County | 0.00 |
| Barrow County | 1,365.28 |
| Bartow County | 211.37 |
| Bibb County | 3,950.05 |
| Burke County | 0.00 |
| Butts County | 929.06 |
| Cherokee County | 55.06 |
| Clarke County | 61.78 |
| Clayton County | 4,403.77 |
| Cobb County | 4,043.69 |
| Coweta County | 1,114.70 |
| DeKalb County | 3,165.46 |
| Douglas County | 389.53 |
| Fayette County | 4,062.56 |
| Floyd County | 0.00 |
| Forsyth County | 2,677.62 |
| Franklin County | 101.80 |
| Fulton County | 6,087.84 |
| Georgia Motor Fuel Tax-Gas | 481.95 |
| Georgia Motor Fuel Tax/Diesel | 25,157.26 |
| Gilmer County | 0.00 |
| Gwinnett County | 2,090.60 |
| Hall County | 0.00 |
| Haralson County | -3.34 |
| Harris County | 76.04 |
| Hart County | 104.55 |
| Henry County | 17,504.64 |
| Houston County | 752.41 |

|                                              | Total        |
|----------------------------------------------|-------------:|
| Jackson County                               | 1,341.44     |
| Jasper County                                | 0.00         |
| Jefferson County                             | 0.00         |
| Madison County                               | 0.00         |
| Meriwether County                            | 96.00        |
| Morgan County                                | 0.00         |
| Muscogee County                              | 1,597.93     |
| Newton County                                | 121.78       |
| Oconee County                                | 0.00         |
| Paulding County                              | 1,192.24     |
| Peach County                                 | 683.08       |
| Putnam County                                | 6,442.61     |
| Rockdale County                              | 589.79       |
| Spalding County                              | 3,079.79     |
| Stephens County                              | 0.00         |
| Taliaferro County                            | 0.00         |
| Troup County                                 | 6,039.32     |
| Walton County                                | 0.00         |
| **Total Sales Tax Payable**                  | 102,185.57   |
| State Prepaid Tax                            | 439.86       |
| State Prepaid Tax-Diesel                     | 30,436.45    |
| State Prepaid Tax-Gas                        | 713.24       |
| **Total State Prepaid Tax**                  | $31,591.55   |
| Wells Fargo                                  | -819.00      |
| **Total Other Current Liabilities**          | $348,358.02  |
| **Total Current Liabilities**                | $827,157.51  |
| Long Term Liabilities                        |              |
| Shareholder Notes Payable                    | 0.00         |
| Truck #1-FNB                                 | 159,683.51   |
| Truck #10 and Trailer #11 - Notes Payable    | 147,162.52   |
| Truck #2-FNB                                 | 147,365.53   |
| Truck #3 Notes Payable                       | 187,904.45   |
| Vehicle Notes Payable                        | -426.45      |
| BB&T Loan Payable-Prius                      | 42,191.86    |
| Ford Credit-Loan Payable                     | 24,800.16    |
| GMAC-Loan Payable - Hummer                   | 0.00         |
| **Total Vehicle Notes Payable**              | 66,565.59    |
| **Total Long Term Liabilities**              | $708,681.60  |
| **Total Liabilities**                        | $1,235,839.11 |
| Equity                                       |              |
| Opening Bal Equity                           | -19,881.55   |
| Retained Earnings                            |              |
| Net Income                                   | 1,611,110.22 |
| **Total Equity**                             | $1,591,228.67 |
| **TOTAL LIABILITIES AND EQUITY**             | $2,827,067.78 |

Monday, Apr 28, 2008 03:15:50 PM GMT-4 - Accrual Basis

# BUCKHEAD OIL COMPANY, INC.
## Profit & Loss
### January 1 - April 28, 2008

| | Total |
|---|---|
| **Income** | |
| **Fuel Sales** | |
| Federal Excise Tax-Diesel Sales | 118,395.79 |
| Federal Excise Tax-Gas Sales | 5,841.98 |
| Low Sulphur #2 Dyed Diesel Fuel | 1,605,917.59 |
| Regular UL Gas | 97,120.04 |
| Ultra Low Sulphur #2-Sale | 1,703,796.80 |
| **Total Fuel Sales** | 3,531,072.20 |
| Miscellaneous Income | 5,221.17 |
| **Oil Sales** | 202.40 |
| Coastal Fleet 15W40 6/1 Sales | 1,443.75 |
| Coastal Multitrac 5/1-Sales | 58.23 |
| Rotella 10W-5 Gallon | 251.70 |
| Rotella T 15W40 6/1 Sale | 115.50 |
| Shell Coastal 15W40 6/1 Sales | 57.75 |
| Shell Retinax LX 2 30/1 Sales | 2,401.05 |
| **Total Oil Sales** | 4,808.38 |
| **Other Products Sales** | 216.54 |
| 115 Volt Pump | 373.38 |
| 12 Volt Pump | 1,515.00 |
| 500 Gallon Single Wall Skid Tank | 278.63 |
| Fuel Hoses | 35.00 |
| Shell Antifreeze/Coolant 6/1-Sale | 1,116.10 |
| Shell ATF-12/1 Sale | 107.96 |
| **Total Other Products Sales** | 3,642.61 |
| **Sales** | |
| Sales Tax Discounts | 419.81 |
| **Total Sales** | 419.81 |
| **Services** | 2,017.75 |
| Shipping and Delivery Income | 12,983.04 |
| **Total Income** | **$3,560,564.96** |
| **Cost of Goods Sold** | |
| **Fuel for Resale** | |
| Low Sulphur #2 Dyed Diesel Fuel | 1,078,570.30 |
| Regular UL Gas | 99,747.11 |
| Ultra Low Sulphur #2 | 1,605,380.07 |
| **Total Fuel for Resale** | 2,783,697.48 |
| **Oil for Resale** | -847.61 |
| Coastal Fleet 15W40 6/1 | 722.75 |
| Halco R&O 5/1 | 645.00 |
| Mystik JT6 Red Hi Temp | 481.25 |
| Rotella T 10W-Bulk | 430.00 |
| Shell Retinax CMX 2  30/1 | 222.60 |
| Shell Retinax LX 2 30/1 | 1,057.35 |
| Shell Retinax LX2 30/1 | 222.60 |
| Sureguard ATF Dexron | 71.96 |
| **Total Oil for Resale** | 3,205.90 |

|                                        | Total          |
|----------------------------------------|----------------|
| Other Products and Services            |                |
| Kerosene 55/1                          | 0.00           |
| Other Product Cost                     | 536.25         |
| Shell Antifreeze/Coolant-6/1           | 527.34         |
| Slime-X                                | 105.70         |
| Total Other Products and Services      | 1,169.29       |
| Total Cost of Goods Sold               | $2,788,072.67  |
| Gross Profit                           | $771,792.29    |
| Expenses                               |                |
| Accounting fees                        | 4,487.50       |
| Advertising and Promotion              | 2,246.70       |
| Automobile Expenses                    | 1,432.45       |
| Bank Service Charges                   | 1,334.53       |
| Computer and Internet Expenses         | 143.43         |
| Contract Labor                         | 24,877.00      |
| Dues and Subscriptions                 | 205.00         |
| Equipment Rental                       | 93.52          |
| Insurance Expense                      |                |
| General Liability Insurance            | 11,690.81      |
| Health Insurance                       | 7,725.64       |
| Vehicle Insurance                      | 6,330.16       |
| Total Insurance Expense                | 25,746.61      |
| Interest Paid to Allied                | 89,841.08      |
| Legal Fees                             | 4,198.55       |
| Meals and Entertainment                | 220.83         |
| Merchant Account Fees                  | 1,708.18       |
| Miscellaneous Expense                  | 3,060.00       |
| Office Supplies                        | 429.45         |
| Payroll Officers Salaries              |                |
| Payroll Tax Expenses                   | 10,906.62      |
| Payroll Wage and Salary Expense        | 113,493.07     |
| Postage and Delivery                   | 517.56         |
| Professional Fees                      | 950.00         |
| Repairs and Maintenance                | 41.00          |
| Telephone Expense                      | 16,989.01      |
| Travel Expense                         | 150.00         |
| Truck Expense                          | 590.20         |
| Truck Fuel                             | 32,945.11      |
| Truck Repairs and Maintenance          | 10,204.41      |
| Truck Tag Fees                         | 3,355.05       |
| Total Truck Expense                    | 47,094.77      |
| Total Expenses                         | $349,967.07    |
| Net Operating Income                   | $421,825.22    |
| Other Income                           |                |
| Finance Charge Income                  | 3,318.05       |
| Interest Income                        | 1,191.89       |
| Total Other Income                     | $4,509.94      |
| Other Expenses                         |                |
| Ask My Accountant                      | -59,545.93     |
| Discounts given on receivables         | 1,944.54       |
| Penalties & Settlements                | 4,354.08       |

Case 08-36409-72629 Doc 1 Filed 05/16/08 Filed 05/07/2008 17:43:49 Desc Main
Document    Page 27 of 94

Report: Profit & Loss

| | Total |
|---|---|
| **Total Other Expenses** | $-53,247.51 |
| **Net Other Income** | $87,757.25 |
| **Net Income** | $478,592.47 |

Monday, Apr 28, 2008 10:22:42 AM GMT-4 - Accrual Basis

# EXHIBIT

## "3"

04/23/2008 22:07 6786105561 BUCKHEAD OIL COMPANY PAGE 03/10



**P**ORTS
**P**ETROLEUM
CO., INC.

P.O. Box 1048
1337 Blachleyville Road
Wooster, Ohio 44691
(330) 264-1684

## ELECTRONIC FUNDS TRANSFER AUTHORIZATION AGREEMENT

**Buckhead Oil Company**
Customer Name

Ports Petroleum Customer Number

**3640 Jodeco Rd**     **Mcdonough**     **GA**     **30253**
Customer Address    City    State    Zip Code

**Jason Mullis**       **(678) 610-5422**
Customer Accounting Contact     Telephone Number

**(678) 610-5561**       **Buckhead Oil @Bellsouth.net**
Fax Number     E-mail Address

Customer hereby authorizes Ports Petroleum Company, Inc., for its own account, to initiate electronic funds transfer debit and credit entries to Customer's deposit account described below, and does further authorize the financial institution described below, to debit or credit such entries to the Customer's account.

**Bank of North Georgia**
Bank Name        Bank Account Number

**1767 Rock Quarry Road**
Address        ABA Number

**Stockbridge**    **GA**     **30281**
City    State    Zip     Bank Contact     Telephone

This Authority shall remain in effect until terminated upon fifteen (15) days written notice by either Customer or Ports Petroleum Company, Inc. Notice of termination shall in no way affect debit entries initiated prior to actual receipt of this notice.

Customer shall receive advance notice of invoices and/or debits in such form and in such time as may be from time to time established by Ports Petroleum Company, Inc. To the extent that the financial institution described above has the capacity to receive accounting data relating to the debits or credits being transmitted and to the extent Ports Petroleum Company, Inc. shall elect such form of transmitting information, Customer authorizes Ports Petroleum Company Inc., to make such transmission of information to such financial institution.

All credit terms and other terms and condition of trade otherwise established between Customer and Ports Petroleum Company, Inc. remain in effect and are not in any way modified by this Authorization Agreement.

AUTHORIZED this **22nd** day of **April** 20 **08**.

Signature         Title **President**

**Charles J Mullis**
Print Name

ATTACH A VOIDED CHECK OR A DEPOSIT SLIP FOR ABOVE ACCOUNT.

# EXHIBIT

## "4"



**P.O. Box 1046**
**1337 Blachleyville Road**
**Wooster, Ohio 44691**
**(330) 264-1885**

BUCKHEAD OIL COMPANY

| DATE | INVOICE # | DOLLAR AMOUNT |
|------|-----------|---------------|
| 6/17/2008 | 383894 | $ 36,468.78 |
| 6/17/2008 | 383895 | $ 12,186.72 |
| 6/18/2008 | 384167 | $ 18,091.69 |
| 6/19/2008 | 383359 | $ 11,051.91 |
| 6/19/2008 | 383360 | $ 34,848.42 |
| 6/19/2008 | 383361 | $ 34,832.64 |
| 6/20/2008 | 383341 | $ 13,769.33 |
| 6/20/2008 | 383342 | $ 9,090.14 |
| 6/20/2008 | 383343 | $ 8,204.82 |
| 6/20/2008 | 383344 | $ 2,767.30 |
| 6/20/2008 | 383345 | $ 33,111.52 |
| 6/21/2008 | 383362 | $ 36,351.54 |
| 6/21/2008 | 383363 | $ 16,470.97 |
| 6/21/2008 | 383364 | $ 34,251.25 |
| 6/21/2008 | 383365 | $ 16,470.97 |
| 6/21/2008 | 383366 | $ 34,251.25 |
| 6/21/2008 | 383367 | $ 16,625.61 |
| 6/21/2008 | 383368 | $ 17,964.02 |
| 6/21/2008 | 383369 | $ 17,429.51 |
| 6/21/2008 | 383370 | $ 17,968.13 |
| 6/21/2008 | 383371 | $ 17,314.37 |
| 6/22/2008 | 383346 | $ 17,968.13 |
| 6/22/2008 | 383347 | $ 17,314.79 |
| 6/22/2008 | 383348 | $ 17,339.05 |
| 6/22/2008 | 383349 | $ 34,061.44 |
| 6/22/2008 | 383350 | $ 16,470.97 |
| 6/22/2008 | 383351 | $ 36,125.40 |
| 6/22/2008 | 383352 | $ 16,509.70 |
| 6/22/2008 | 383353 | $ 17,968.13 |
| 6/22/2008 | 383354 | $ 36,137.74 |
| 6/22/2008 | 383355 | $ 16,924.20 |
| 6/22/2008 | 383356 | $ 36,117.17 |
| 6/22/2008 | 383357 | $ 17,306.15 |
| 6/22/2008 | 383358 | $ 16,312.15 |
| 6/23/2008 | 383569 | $ 16,316.02 |
| 6/23/2008 | 383570 | $ 16,935.82 |
| 6/23/2008 | 383571 | $ 36,326.88 |
| 6/23/2008 | 383572 | $ 36,347.43 |

| 6/23/2008 | 383573 | $ | 4,230.08 |
| 6/23/2008 | 383574 | $ | 17,062.56 |
| 6/23/2008 | 383575 | $ | 36,039.94 |
| 6/23/2008 | 383576 | $ | 16,409.00 |
| 6/24/2008 | 383636 | $ | 11,997.94 |
| 6/24/2008 | 383637 | $ | 16,176.27 |
| 6/24/2008 | 383638 | $ | 15,102.50 |
| 6/24/2008 | 383639 | $ | 36,447.40 |
| 6/24/2008 | 383640 | $ | 36,501.13 |
| 6/25/2008 | 383788 | $ | 5,977.87 |
| 6/26/2008 | 383909 | $ | 34,934.73 |
| 6/26/2008 | 383910 | $ | 16,795.78 |
| 6/30/2008 | 384624 | $ | 22,732.11 |
| 6/30/2008 | 384625 | $ | 10,175.52 |
| 6/30/2008 * | 384859 | $ | 16,664.00 |
| 6/30/2008 * | 384860 | $ | 11,500.00 |
| 7/1/2008 | 384451 | $ | 9,808.92 |
| 7/1/2008 * | 384857 | $ | 7,336.00 |
| 7/1/2008 ◦ | 384861 | $ | 15,736.00 |

|  | TOTAL DUE | $ 1,183,629.81 |

* Invoicing on 7/14/08



**PORTS PETROLEUM** ...*your Product & Price Leader*
CO., INC.
WOOSTER, OHIO

P.O. Box 1046
Wooster, OH 44691
1-800-562-0373

| Invoice Date | Invoice Number |
|---|---|
| 6/17/2008 | 383894 |
| Ship Date | Ship Time |
| 6/17/2008 | 14:37 |
| Cust Ord # | Carrier |
| 340566 | 4106 |

Bill To    19670

BUCKHEAD OIL COMPANY
00
3640 JODECO RD.      00
MCDONOUGH GA 30253-0000

Ship To    19671

BUCKHEAD OIL COMPANY

RACK/GA

GA

00000-0000

| Bill of Lading | Description | Gross | Net | Price | Amount | |
|---|---|---|---|---|---|---|
| 340566  GL | 404 DIESEL #2 ULTRA LOW CLEAR | | 8783 | 3.90200 | 34271.27 | |
| | 15-ppm sulfur ULSD | | | | | |
| | FX EXCISE TAX-LOW DIESEL | | 8783 | .24300 | 2134.27 | |
| | FX U S T | | 8783 | .00100 | 8.78 | |
| | FX OIL SPILL-LOW DIESEL | | 8783 | .00120 | 10.54 | |
| | GA EXCISE TAX-LOW DIESEL EXEMPT # 11078-GR | | | | | |
| | GA U S T | | 8783 | .00500 | 43.92 | |
| | GA PREPAID SALES TAX - DIESEL EXEMPT # 11078-GR | | | | | |

Effective July 16,2007 there will be a $250.00 charge for all returned
CHECKS or EFT's.

TO: PORTS PETROLEUM CO. INC.,#774042,4042 SOLUTIONS CENTER,CHICAGO IL 60677-4000

For internal use
0627 200806

**Payment is due**    6/24/2008    **Pay this Amount**    **$36,468.78**

The state tax, or taxes, imposed hereon has been
assumed and will be paid by Ports Petroleum Co., Inc.
on or before due date, as required by law.

Effective 07/16/07 there will be a $250
charge for all returned checks or ACH's.

A service charge of 1-1/2% per month
will be charged on all past-due balances.



**PORTS PETROLEUM** CO., INC.
WOOSTER, OHIO
...*your Product & Price Leader*

P.O. Box 1046
Wooster, OH 44691
1-800-562-0373

| Invoice Date | Invoice Number |
|---|---|
| 6/17/2008 | 383895 |
| Ship Date | Ship Time |
| 6/17/2008 | 15:51 |
| Cust Ord # | Carrier |
| 340572 | 4106 |

Bill To   19670

BUCKHEAD OIL COMPANY
00
3640 JODECO RD.     00
MCDONOUGH GA 30253-0000

Ship To   19671

BUCKHEAD OIL COMPANY

RACK/GA
                                    GA
00000-0000

| Bill of Lading | Description | Gross | Net | Price | Amount | |
|---|---|---|---|---|---|---|
| 340572  GL | 404 DIESEL #2 ULTRA LOW CLEAR | | 2935 | 3.90200 | 11452.37 | |
| | 15-ppm sulfur ULSD | | | | | |
| | | | | | | |
| | FX EXCISE TAX-LOW DIESEL | | 2935 | .24300 | 713.21 | |
| | FX U S T | | 2935 | .00100 | 2.94 | |
| | FX OIL SPILL-LOW DIESEL | | 2935 | .00120 | 3.52 | |
| | GA EXCISE TAX-LOW DIESEL EXEMPT # 11078-GR | | | | | |
| | GA U S T | | 2935 | .00500 | 14.68 | |
| | GA PREPAID SALES TAX - DIESEL EXEMPT # 11078-GR | | | | | |

Effective July 16,2007 there will be a $250.00 charge for all returned
CHECKS or EFT's.

TO: PORTS PETROLEUM CO. INC.,#774042,4042 SOLUTIONS CENTER,CHICAGO IL 60677-4000

For internal use
0627 200806

**Payment is due**   | 6/24/2008 |   **Pay this Amount**   | $12,186.72 |

The state tax, or taxes, imposed hereon has been
assumed and will be paid by Ports Petroleum Co., Inc.
on or before due date, as required by law.

Effective 07/16/07 there will be a $250
charge for all returned checks or ACH's.

A service charge of 1-1/2% per month
will be charged on all past-due balances.



**PORTS PETROLEUM** ...*your Product &*
CO., INC.
WOOSTER, OHIO
*Price Leader*

P.O. Box 1046
Wooster, OH 44691
1-800-562-0373

| Invoice Date | Invoice Number |
|---|---|
| 6/18/2008 | 384167 |
| Ship Date | Ship Time |
| 6/18/2008 | 5:25 |
| Cust Ord # | Carrier |
| 340626 | 4106 |

Bill To   19670

BUCKHEAD OIL COMPANY
0
3640 JODECO RD.   0
MCDONOUGH GA 30253-0000

Ship To   19671

BUCKHEAD OIL COMPANY

RACK/GA

GA

00000-0000

| Bill of Lading | | Description | Gross | Net | Price | Amount |
|---|---|---|---|---|---|---|
| 340626 | GL | 404 DIESEL #2 ULTRA LOW CLEAR | | 695 | 4.09180 | 2843.80 |
| | | 15-ppm sulfur ULSD | | | | |
| 340626 | GL | 405 DIESEL #2 ULTRA LOW DYED | | 3673 | 4.09680 | 15047.55 |
| | | 15-ppm sulfur dyed ULSD.  Non-Road or tax  exempt use only. | | | | |
| | | FX EXCISE TAX-LOW DIESEL | | 695 | .24300 | 168.89 |
| | | FX HIGHWAY TAX-DIESEL EXEMPT # * | | | | |
| | | FX U S T | | 4368 | .00100 | 4.37 |
| | | FX OIL SPILL-LOW DIESEL | | 695 | .00120 | .83 |
| | | FX OIL SPILL-HIGH DIESEL | | 3673 | .00120 | 4.41 |
| | | GA EXCISE TAX-LOW DIESEL EXEMPT # 11078-GR | | | | |
| | | GA HIGHWAY TAX-DIESEL EXEMPT # 11078-GR | | | | |
| | | GA U S T | | 4368 | .00500 | 21.84 |
| | | GA PREPAID SALES TAX - DIESEL EXEMPT # 11078-GR | | | | |

All invoiced tax exempt fuel is purchased for:
EXEMPT USE OF A DYED PRODUCT

Effective July 16,2007 there will be a $250.00 charge for all returned
CHECKS or EFT's.

TO: PORTS PETROLEUM CO. INC.,#774042,4042 SOLUTIONS CENTER,CHICAGO IL 60677-4000

| For internal use
0630 200806 | **Payment is due** | 6/25/2008 | **Pay this Amount** | **$18,091.69** |
|---|---|---|---|---|

The state tax, or taxes, imposed hereon has been
assumed and will be paid by Ports Petroleum Co., Inc.
on or before due date, as required by law.

Effective 07/16/07 there will be a $250
charge for all returned checks or ACH's.

A service charge of 1-1/2% per month
will be charged on all past-due balances.



**PORTS PETROLEUM CO., INC.** WOOSTER, OHIO
...your **Product &**
**Price Leader**

P.O. Box 1046
Wooster, OH 44691
1-800-562-0373

| Invoice Date | Invoice Number |
|---|---|
| 6/19/2008 | 383359 |
| Ship Date | Ship Time |
| 6/19/2008 | 6:11 |
| Cust Ord # | Carrier |
| 340801 | 4106 |

Bill To    19870

BUCKHEAD OIL COMPANY
602
3640 JODECO RD.
MCDONOUGH GA 30253-0000

Ship To    19671

BUCKHEAD OIL COMPANY

RACK/GA

GA

00000-0000

| Bill of Lading | Description | Gross | Net | Price | Amount | |
|---|---|---|---|---|---|---|
| 340801    GL | 405 DIESEL #2 ULTRA LOW DYED | | 2801 | 3.93850 | 11031.74 | |
| | 15-ppm sulfur dyed ULSD.  Non-Road or tax  exempt use only. | | | | | |
| | | | | | | |
| | | | | | | |
| | FX HIGHWAY TAX-DIESEL EXEMPT # * | | | | | |
| | FX U S T | | 2801 | .00100 | 2.80 | |
| | FX OIL SPILL-HIGH DIESEL | | 2801 | .00120 | 3.36 | |
| | GA HIGHWAY TAX-DIESEL EXEMPT # 11078-GR | | | | | |
| | GA U S T | | 2801 | .00500 | 14.01 | |
| | GA PREPAID SALES TAX - DIESEL EXEMPT # 11078-GR | | | | | |

All invoiced tax exempt fuel is purchased for:
EXEMPT USE OF A DYED PRODUCT

Effective July 16,2007 there will be a $250.00 charge for all returned
CHECKS or EFT's.

TO: PORTS PETROLEUM CO. INC.,#774042,4042 SOLUTIONS CENTER,CHICAGO IL 60677-4000

For internal use
0624 200806

**Payment is due**    | 6/28/2008 |    **Pay this Amount**    | **$11,051.91** |

The state tax, or taxes, imposed hereon has been
assumed and will be paid by Ports Petroleum Co., Inc.
on or before due date, as required by law.

Effective 07/16/07 there will be a $250
charge for all returned checks or ACH's.

A service charge of 1-1/2% per month
will be charged on all past-due balances.



| | | |
|---|---|---|
| P.O. Box 1046 Wooster, OH 44691 1-800-562-0373 | Invoice Date 6/19/2008 | Invoice Number 383360 |
| | Ship Date 6/19/2008 | Ship Time 12:40 |
| | Cust Ord # 340852 | Carrier 4106 |

Bill To   19670

BUCKHEAD OIL COMPANY
602
3640 JODECO RD.
MCDONOUGH GA 30253-0000

Ship To  19671

BUCKHEAD OIL COMPANY

RACK/GA

GA
00000-0000

| Bill of Lading | Description | Gross | Net | Price | Amount |
|---|---|---|---|---|---|
| 340852   GL | 405 DIESEL #2 ULTRA LOW DYED | | 8832 | 3.93850 | 34784.83 |
| | 15-ppm sulfur dyed ULSD.  Non-Road or tax  exempt use only. | | | | |
| | | | | | |
| | FX HIGHWAY TAX-DIESEL EXEMPT # * | | | | |
| | FX U S T | | 8832 | .00100 | 8.83 |
| | FX OIL SPILL-HIGH DIESEL | | 8832 | .00120 | 10.60 |
| | GA HIGHWAY TAX-DIESEL EXEMPT # 11078-GR | | | | |
| | GA U S T | | 8832 | .00500 | 44.16 |
| | GA PREPAID SALES TAX - DIESEL EXEMPT # 11078-GR | | | | |

All invoiced tax exempt fuel is purchased for:
EXEMPT USE OF A DYED PRODUCT

Effective July 16,2007 there will be a $250.00 charge for all returned
CHECKS or EFT's.

TO: PORTS PETROLEUM CO. INC.,#774042,4042 SOLUTIONS CENTER,CHICAGO IL 60677-4000

| For internal use 0624 200806 | Payment is due | 6/26/2008 | Pay this Amount | $34,848.42 |
|---|---|---|---|---|

The state tax, or taxes, imposed hereon has been assumed and will be paid by Ports Petroleum Co., Inc. on or before due date, as required by law.

Effective 07/16/07 there will be a $250 charge for all returned checks or ACH's.

A service charge of 1-1/2% per month will be charged on all past-due balances.



P.O. Box 1046
Wooster, OH 44691
1-800-562-0373

| | |
|---|---|
| Invoice Date | Invoice Number |
| 6/19/2008 | 383361 |
| Ship Date | Ship Time |
| 6/19/2008 | 15:45 |
| Cust Ord # | Carrier |
| 340873 | 4106 |

Bill To   19670

BUCKHEAD OIL COMPANY
602
3640 JODECO RD.
MCDONOUGH GA 30253-0000

Ship To   19671

BUCKHEAD OIL COMPANY

RACK/GA

GA

00000-0000

| Bill of Lading | Description | Gross | Net | Price | Amount |
|---|---|---|---|---|---|
| 340873   GL | 405 DIESEL #2 ULTRA LOW DYED | | 8828 | 3.93850 | 34769.08 |
| | 15-ppm sulfur dyed ULSD.  Non-Road or tax  exempt use only. | | | | |
| | | | | | |
| | FX HIGHWAY TAX-DIESEL EXEMPT # * | | | | |
| | FX U S T | | 8828 | .00100 | 8.83 |
| | FX OIL SPILL-HIGH DIESEL | | 8828 | .00120 | 10.59 |
| | GA HIGHWAY TAX-DIESEL EXEMPT # 11078-GR | | | | |
| | GA U S T | | 8828 | .00500 | 44.14 |
| | GA PREPAID SALES TAX - DIESEL EXEMPT # 11078-GR | | | | |

All invoiced tax exempt fuel is purchased for:
EXEMPT USE OF A DYED PRODUCT

Effective July 16,2007 there will be a $250.00 charge for all returned
CHECKS or EFT's.

TO: PORTS PETROLEUM CO. INC.,#774042,4042 SOLUTIONS CENTER,CHICAGO IL 60677-4000

| For internal use | Payment is due | 6/26/2008 | Pay this Amount | $34,832.64 |
|---|---|---|---|---|
| 0624 200806 | | | | |

The state tax, or taxes, imposed hereon has been
assumed and will be paid by Ports Petroleum Co., Inc.
on or before due date, as required by law.

Effective 07/16/07 there will be a $250
charge for all returned checks or ACH's.

A service charge of 1-1/2% per month
will be charged on all past-due balances.



**PORTS PETROLEUM CO. INC.**
WOOSTER, OHIO
...*your* **P**roduct & **P**rice *Leader*

P.O. Box 1046
Wooster, OH 44691
1-800-562-0373

| Invoice Date | Invoice Number |
|---|---|
| 6/20/2008 | 383341 |
| Ship Date | Ship Time |
| 6/20/2008 | 5:05 |
| Cust Ord # | Carrier |
| 340940 | 4106 |

Bill To   19670

BUCKHEAD OIL COMPANY
602
3640 JODECO RD.
MCDONOUGH GA 30253-0000

Ship To   19671

BUCKHEAD OIL COMPANY

RACK/GA

                      GA

00000-0000

| Bill of Lading | | Description | Gross | Net | Price | Amount |
|---|---|---|---|---|---|---|
| 340940 | GL | 404 DIESEL #2 ULTRA LOW CLEAR | | 887 | 3.79950 | 3370.16 |
| | | 15-ppm sulfur ULSD | | | | |
| 340940 | GL | 405 DIESEL #2 ULTRA LOW DYED | | 2670 | 3.80450 | 10158.02 |
| | | 15-ppm sulfur dyed ULSD.  Non-Road or tax  exempt use only. | | | | |
| | | FX EXCISE TAX-LOW DIESEL | | 887 | .24300 | 215.54 |
| | | FX HIGHWAY TAX-DIESEL EXEMPT # * | | | | |
| | | FX U S T | | 3557 | .00100 | 3.56 |
| | | FX OIL SPILL-LOW DIESEL | | 887 | .00120 | 1.06 |
| | | FX OIL SPILL-HIGH DIESEL | | 2670 | .00120 | 3.20 |
| | | GA EXCISE TAX-LOW DIESEL EXEMPT # 11078-GR | | | | |
| | | GA HIGHWAY TAX-DIESEL EXEMPT # 11078-GR | | | | |
| | | GA U S T | | 3557 | .00500 | 17.79 |
| | | GA PREPAID SALES TAX - DIESEL EXEMPT # 11078-GR | | | | |

All invoiced tax exempt fuel is purchased for:
EXEMPT USE OF A DYED PRODUCT

Effective July 16,2007 there will be a $250.00 charge for all returned
CHECKS or EFT's.

TO: PORTS PETROLEUM CO. INC.,#774042,4042 SOLUTIONS CENTER,CHICAGO IL 60677-4000

For internal use
0624 200806

**Payment is due**   6/27/2008   **Pay this Amount**   $13,769.33

The state tax, or taxes, imposed hereon has been
assumed and will be paid by Ports Petroleum Co., Inc.
on or before due date, as required by law.

Effective 07/16/07 there will be a $250
charge for all returned checks or ACH's.

A service charge of 1-1/2% per month
will be charged on all past-due balances.



**PORTS PETROLEUM CO., INC.** ...your **Product & Price Leader** WOOSTER, OHIO

P.O. Box 1046
Wooster, OH 44691
1-800-562-0373

| Invoice Date | Invoice Number |
|---|---|
| 6/20/2008 | 383342 |
| Ship Date | Ship Time |
| 6/20/2008 | 7:58 |
| Cust Ord # | Carrier |
| 340962 | 4106 |

Bill To    19670

BUCKHEAD OIL COMPANY
602
3640 JODECO RD.
MCDONOUGH GA 30253-0000

Ship To    19671

BUCKHEAD OIL COMPANY

RACK/GA

00000-0000                GA

| Bill of Lading | | Description | Gross | Net | Price | Amount |
|---|---|---|---|---|---|---|
| 340962 | GL | 404 DIESEL #2 ULTRA LOW CLEAR | | 1262 | 3.79950 | 4794.97 |
| | | 15-ppm sulfur ULSD | | | | |
| 340962 | GL | 405 DIESEL #2 ULTRA LOW DYED | | 1044 | 3.80450 | 3971.90 |
| | | 15-ppm sulfur dyed ULSD.  Non-Road or tax  exempt use only. | | | | |
| | | FX EXCISE TAX-LOW DIESEL | | 1262 | .24300 | 306.67 |
| | | FX HIGHWAY TAX-DIESEL EXEMPT # * | | | | |
| | | FX U S T | | 2306 | .00100 | 2.31 |
| | | FX OIL SPILL-LOW DIESEL | | 1262 | .00120 | 1.51 |
| | | FX OIL SPILL-HIGH DIESEL | | 1044 | .00120 | 1.25 |
| | | GA EXCISE TAX-LOW DIESEL EXEMPT # 11078-GR | | | | |
| | | GA HIGHWAY TAX-DIESEL EXEMPT # 11078-GR | | | | |
| | | GA U S T | | 2306 | .00500 | 11.53 |
| | | GA PREPAID SALES TAX - DIESEL EXEMPT # 11078-GR | | | | |

All invoiced tax exempt fuel is purchased for:
EXEMPT USE OF A DYED PRODUCT

Effective July 16,2007 there will be a $250.00 charge for all returned
CHECKS or EFT's.

TO: PORTS PETROLEUM CO. INC.,#774042,4042 SOLUTIONS CENTER,CHICAGO IL 60677-4000

| For internal use
0624 200806 | **Payment is due** | 6/27/2008 | **Pay this Amount** | **$9,090.14** |
|---|---|---|---|---|

The state tax, or taxes, imposed hereon has been
assumed and will be paid by Ports Petroleum Co., Inc.
on or before due date, as required by law.

Effective 07/16/07 there will be a $250
charge for all returned checks or ACH's.

A service charge of 1-1/2% per month
will be charged on all past-due balances.



| | | P.O. Box 1046 Wooster, OH 44691 1-800-562-0373 | Invoice Date | Invoice Number |
|---|---|---|---|---|
| | | | 6/20/2008 | 383343 |
| | | | Ship Date | Ship Time |
| | | | 6/20/2008 | 10:56 |
| | | | Cust Ord # | Carrier |
| | | | 340987 | 4106 |

Bill To   19670

   BUCKHEAD OIL COMPANY
        602
   3640 JODECO RD.
   MCDONOUGH GA 30253-0000

Ship To   19671

   BUCKHEAD OIL COMPANY

   RACK/GA

          GA
   00000-0000

| Bill of Lading | Description | Gross | Net | Price | Amount |
|---|---|---|---|---|---|
| 340987  GL | 404 DIESEL #2 ULTRA LOW CLEAR | | 489 | 3.79950 | 1857.96 |
| | 15-ppm sulfur ULSD | | | | |
| 340987  GL | 405 DIESEL #2 ULTRA LOW DYED | | 1633 | 3.80450 | 6212.75 |
| | 15-ppm sulfur dyed ULSD.  Non-Road or tax  exempt use only. | | | | |
| | FX EXCISE TAX-LOW DIESEL | | 489 | .24300 | 118.83 |
| | FX HIGHWAY TAX-DIESEL EXEMPT # * | | | | |
| | FX U S T | | 2122 | .00100 | 2.12 |
| | FX OIL SPILL-LOW DIESEL | | 489 | .00120 | .59 |
| | FX OIL SPILL-HIGH DIESEL | | 1633 | .00120 | 1.96 |
| | GA EXCISE TAX-LOW DIESEL EXEMPT # 11078-GR | | | | |
| | GA HIGHWAY TAX-DIESEL EXEMPT # 11078-GR | | | | |
| | GA U S T | | 2122 | .00500 | 10.61 |
| | GA PREPAID SALES TAX - DIESEL EXEMPT # 11078-GR | | | | |

All invoiced tax exempt fuel is purchased for:
EXEMPT USE OF A DYED PRODUCT

Effective July 16,2007 there will be a $250.00 charge for all returned
CHECKS or EFT's.

TO: PORTS PETROLEUM CO. INC.,#774042,4042 SOLUTIONS CENTER,CHICAGO IL 60677-4000

| For internal use 0624 200806 | Payment is due | 6/27/2008 | Pay this Amount | $8,204.82 |
|---|---|---|---|---|

The state tax, or taxes, imposed hereon has been assumed and will be paid by Ports Petroleum Co., Inc. on or before due date, as required by law.

Effective 07/16/07 there will be a $250 charge for all returned checks or ACH's.

A service charge of 1-1/2% per month will be charged on all past-due balances.



**PORTS PETROLEUM CO., INC.** ...your **Product & Price Leader** WOOSTER, OHIO

P.O. Box 1046
Wooster, OH 44691
1-800-562-0373

| Invoice Date | Invoice Number |
|---|---|
| 6/20/2008 | 383344 |
| Ship Date | Ship Time |
| 6/20/2008 | 11:37 |
| Cust Ord # | Carrier |
| 340990 | 4106 |

Bill To   19670

BUCKHEAD OIL COMPANY
602
3640 JODECO RD.
MCDONOUGH GA 30253-0000

Ship To   19671

BUCKHEAD OIL COMPANY

RACK/GA

GA

00000-0000

| Bill of Lading | | Description | Gross | Net | Price | Amount | |
|---|---|---|---|---|---|---|---|
| 340990 | GL | 405 DIESEL #2 ULTRA LOW DYED | | 726 | 3.80450 | 2762.07 | |

15-ppm sulfur dyed ULSD.  Non-Road or tax  exempt use only.

FX HIGHWAY TAX-DIESEL EXEMPT # *
FX U S T                                           726      .00100        .73
FX OIL SPILL-HIGH DIESEL                726      .00120        .87
GA HIGHWAY TAX-DIESEL EXEMPT # 11078-GR
GA U S T                                           726      .00500       3.63
GA PREPAID SALES TAX - DIESEL EXEMPT # 11078-GR

All invoiced tax exempt fuel is purchased for:
EXEMPT USE OF A DYED PRODUCT

Effective July 16,2007 there will be a $250.00 charge for all returned
CHECKS or EFT's.

TO: PORTS PETROLEUM CO. INC.,#774042,4042 SOLUTIONS CENTER,CHICAGO IL 60677-4000

| For internal use | **Payment is due** | | 6/27/2008 | **Pay this Amount** | | $2,767.30 |
|---|---|---|---|---|---|---|
| 0624 200806 | | | | | | |

The state tax, or taxes, imposed hereon has been
assumed and will be paid by Ports Petroleum Co., Inc.
on or before due date, as required by law.

Effective 07/16/07 there will be a $250
charge for all returned checks or ACH's.

A service charge of 1-1/2% per month
will be charged on all past-due balances.



**PORTS PETROLEUM CO. INC.**
WOOSTER, OHIO
*...your* **Product &** **Price Leader**

P.O. Box 1046
Wooster, OH 44691
1-800-562-0373

| Invoice Date | Invoice Number |
|---|---|
| 6/20/2008 | 383345 |
| Ship Date | Ship Time |
| 6/20/2008 | 21:35 |
| Cust Ord # | Carrier |
| 341039 | 4106 |

Bill To   19670

BUCKHEAD OIL COMPANY
602
3640 JODECO RD.
MCDONOUGH GA 30253-0000

Ship To   19671

BUCKHEAD OIL COMPANY

RACK/GA

GA

00000-0000

| Bill of Lading | Description | Gross | Net | Price | Amount |
|---|---|---|---|---|---|
| 341039   GL | 404 DIESEL #2 ULTRA LOW CLEAR | | 8053 | 3.86150 | 31096.66 |
| | 15-ppm sulfur ULSD | | | | |
| | FX EXCISE TAX-LOW DIESEL | | 8053 | .24300 | 1956.88 |
| | FX U S T | | 8053 | .00100 | 8.05 |
| | FX OIL SPILL-LOW DIESEL | | 8053 | .00120 | 9.66 |
| | GA EXCISE TAX-LOW DIESEL EXEMPT # 11078-GR | | | | |
| | GA U S T | | 8053 | .00500 | 40.27 |
| | GA PREPAID SALES TAX - DIESEL EXEMPT # 11078-GR | | | | |

Effective July 16,2007 there will be a $250.00 charge for all returned
CHECKS or EFT's.

TO: PORTS PETROLEUM CO. INC.,#774042,4042 SOLUTIONS CENTER,CHICAGO IL 60677-4000

For internal use
0624 200806

**Payment is due**   6/27/2008   **Pay this Amount**   **$33,111.52**

The state tax, or taxes, imposed hereon has been
assumed and will be paid by Ports Petroleum Co., Inc.
on or before due date, as required by law.

Effective 07/16/07 there will be a $250
charge for all returned checks or ACH's.

A service charge of 1-1/2% per month
will be charged on all past-due balances.



P.O. Box 1046
Wooster, OH 44691
1-800-562-0373

| Invoice Date | Invoice Number |
|---|---|
| 6/21/2008 | 383362 |
| Ship Date | Ship Time |
| 6/21/2008 | 1:03 |
| Cust Ord # | Carrier |
| 341052 | 4106 |

Bill To    19670

BUCKHEAD OIL COMPANY
602
3640 JODECO RD.
MCDONOUGH GA 30253-0000

Ship To    19671

BUCKHEAD OIL COMPANY

RACK/GA

GA

00000-0000

| Bill of Lading | | Description | Gross | Net | Price | Amount |
|---|---|---|---|---|---|---|
| 341052 | GL | 404 DIESEL #2 ULTRA LOW CLEAR | | 8841 | 3.86150 | 34139.52 |
| | | 15-ppm sulfur ULSD | | | | |
| | | FX EXCISE TAX-LOW DIESEL | | 8841 | .24300 | 2148.36 |
| | | FX U S T | | 8841 | .00100 | 8.84 |
| | | FX OIL SPILL-LOW DIESEL | | 8841 | .00120 | 10.61 |
| | | GA EXCISE TAX-LOW DIESEL EXEMPT # 11078-GR | | | | |
| | | GA U S T | | 8841 | .00500 | 44.21 |
| | | GA PREPAID SALES TAX - DIESEL EXEMPT # 11078-GR | | | | |

Effective July 16,2007 there will be a $250.00 charge for all returned
CHECKS or EFT's.

TO: PORTS PETROLEUM CO. INC.,#774042,4042 SOLUTIONS CENTER,CHICAGO IL 60677-4000

For internal use
0624 200806

**Payment is due**    6/28/2008    **Pay this Amount**    $36,351.54

The state tax, or taxes, imposed hereon has been
assumed and will be paid by Ports Petroleum Co., Inc.
on or before due date, as required by law.

Effective 07/16/07 there will be a $250
charge for all returned checks or ACH's.

A service charge of 1-1/2% per month
will be charged on all past-due balances.



| | | P.O. Box 1046<br>Wooster, OH 44691<br>1-800-562-0373 | Invoice Date<br>6/21/2008 | Invoice Number<br>383363 |
|---|---|---|---|---|
| | | | Ship Date<br>6/21/2008 | Ship Time<br>8:30 |
| | | | Cust Ord #<br>341091 | Carrier<br>4106 |

Bill To   19670

BUCKHEAD OIL COMPANY
602
3640 JODECO RD.
MCDONOUGH GA 30253-0000

Ship To  19671

BUCKHEAD OIL COMPANY

RACK/GA

GA

00000-0000

| Bill of Lading | | Description | Gross | Net | Price | Amount |
|---|---|---|---|---|---|---|
| 341091 | GL | 405 DIESEL #2 ULTRA LOW DYED | | 4252 | 3.86650 | 16440.36 |
| | | 15-ppm sulfur dyed ULSD.  Non-Road or tax  exempt use only. | | | | |
| | | | | | | |
| | | FX HIGHWAY TAX-DIESEL EXEMPT # * | | | | |
| | | FX U S T | | 4252 | .00100 | 4.25 |
| | | FX OIL SPILL-HIGH DIESEL | | 4252 | .00120 | 5.10 |
| | | GA HIGHWAY TAX-DIESEL EXEMPT # 11078-GR | | | | |
| | | GA U S T | | 4252 | .00500 | 21.26 |
| | | GA PREPAID SALES TAX - DIESEL EXEMPT # 11078-GR | | | | |

All invoiced tax exempt fuel is purchased for:
EXEMPT USE OF A DYED PRODUCT

Effective July 16,2007 there will be a $250.00 charge for all returned
CHECKS or EFT's.

TO: PORTS PETROLEUM CO. INC.,#774042,4042 SOLUTIONS CENTER,CHICAGO IL 60677-4000

| For internal use<br>0624 200806 | **Payment is due** | **6/28/2008** | **Pay this Amount** | **$16,470.97** |
|---|---|---|---|---|

The state tax, or taxes, imposed hereon has been
assumed and will be paid by Ports Petroleum Co., Inc.
on or before due date, as required by law.

Effective 07/16/07 there will be a $250
charge for all returned checks or ACH's.

A service charge of 1-1/2% per month
will be charged on all past-due balances.



**PORTS PETROLEUM CO., INC.**
WOOSTER, OHIO
...your Product & Price Leader

P.O. Box 1046
Wooster, OH 44691
1-800-562-0373

| Invoice Date | Invoice Number |
|---|---|
| 6/21/2008 | 383364 |
| Ship Date | Ship Time |
| 6/21/2008 | 10:12 |
| Cust Ord # | Carrier |
| 341100 | 4106 |

Bill To   19670

BUCKHEAD OIL COMPANY
602
3640 JODECO RD.
MCDONOUGH GA 30253-0000

Ship To   19671

BUCKHEAD OIL COMPANY

RACK/GA
                GA
00000-0000

| Bill of Lading | Description | Gross | Net | Price | Amount |
|---|---|---|---|---|---|
| 341100   GL | 405 DIESEL #2 ULTRA LOW DYED | | 8842 | 3.86650 | 34187.59 |
| | 15-ppm sulfur dyed ULSD.  Non-Road or tax  exempt use only. | | | | |
| | FX HIGHWAY TAX-DIESEL EXEMPT # * | | | | |
| | FX U S T | | 8842 | .00100 | 8.84 |
| | FX OIL SPILL-HIGH DIESEL | | 8842 | .00120 | 10.61 |
| | GA HIGHWAY TAX-DIESEL EXEMPT # 11078-GR | | | | |
| | GA U S T | | 8842 | .00500 | 44.21 |
| | GA PREPAID SALES TAX - DIESEL EXEMPT # 11078-GR | | | | |

All invoiced tax exempt fuel is purchased for:
EXEMPT USE OF A DYED PRODUCT

Effective July 16,2007 there will be a $250.00 charge for all returned
CHECKS or EFT's.

TO: PORTS PETROLEUM CO. INC.,#774042,4042 SOLUTIONS CENTER,CHICAGO IL 60677-4000

| For internal use 0624 200806 | **Payment is due** | 6/28/2008 | **Pay this Amount** | $34,251.26 |
|---|---|---|---|---|

The state tax, or taxes, imposed hereon has been
assumed and will be paid by Ports Petroleum Co., Inc.
on or before due date, as required by law.

Effective 07/16/07 there will be a $250
charge for all returned checks or ACH's.

A service charge of 1-1/2% per month
will be charged on all past-due balances.



P.O. Box 1046
Wooster, OH 44691
1-800-562-0373

| Invoice Date | Invoice Number |
|---|---|
| 6/21/2008 | 383365 |
| Ship Date | Ship Time |
| 6/21/2008 | 12:13 |
| Cust Ord # | Carrier |
| 341100 | 4106 |

Bill To   19670
BUCKHEAD OIL COMPANY
602
3640 JODECO RD.
MCDONOUGH GA 30253-0000

Ship To   19671
BUCKHEAD OIL COMPANY

RACK/GA
GA
00000-0000

| Bill of Lading | | Description | Gross | Net | Price | Amount |
|---|---|---|---|---|---|---|
| 341112 | GL | 405 DIESEL #2 ULTRA LOW DYED | | 4252 | 3.86650 | 16440.36 |

15-ppm sulfur dyed ULSD.  Non-Road or tax  exempt use only.

| | | | | |
|---|---|---|---|---|
| FX HIGHWAY TAX-DIESEL EXEMPT # * | | | | |
| FX U S T | | 4252 | .00100 | 4.25 |
| FX OIL SPILL-HIGH DIESEL | | 4252 | .00120 | 5.10 |
| GA HIGHWAY TAX-DIESEL EXEMPT # 11078-GR | | | | |
| GA U S T | | 4252 | .00500 | 21.26 |
| GA PREPAID SALES TAX - DIESEL EXEMPT # 11078-GR | | | | |

All invoiced tax exempt fuel is purchased for:
EXEMPT USE OF A DYED PRODUCT

Effective July 16,2007 there will be a $250.00 charge for all returned
CHECKS or EFT's.

TO: PORTS PETROLEUM CO. INC.,#774042,4042 SOLUTIONS CENTER,CHICAGO IL 60677-4000

| For internal use | Payment is due | 6/28/2008 | Pay this Amount | $16,470.97 |
|---|---|---|---|---|
| 0624 200806 | | | | |

The state tax, or taxes, imposed hereon has been
assumed and will be paid by Ports Petroleum Co., Inc.
on or before due date, as required by law.

Effective 07/16/07 there will be a $250
charge for all returned checks or ACH's.

A service charge of 1-1/2% per month
will be charged on all past-due balances.



**P.O. Box 1046**
Wooster, OH 44691
1-800-562-0373

| Invoice Date | Invoice Number |
|---|---|
| 6/21/2008 | 383366 |
| Ship Date | Ship Time |
| 6/21/2008 | 13:24 |
| Cust Ord # | Carrier |
| 341120 | 4106 |

Bill To    19670

BUCKHEAD OIL COMPANY
602
3640 JODECO RD.
MCDONOUGH GA 30253-0000

Ship To    19671

BUCKHEAD OIL COMPANY

RACK/GA

GA

00000-0000

| Bill of Lading | Description | Gross | Net | Price | Amount |
|---|---|---|---|---|---|
| 341120    GL | 405 DIESEL #2 ULTRA LOW DYED | | 8842 | 3.86650 | 34187.59 |
| | 15-ppm sulfur dyed ULSD.  Non-Road or tax  exempt use only. | | | | |
| | | | | | |
| | FX HIGHWAY TAX-DIESEL EXEMPT # * | | | | |
| | FX U S T | | 8842 | .00100 | 8.84 |
| | FX OIL SPILL-HIGH DIESEL | | 8842 | .00120 | 10.61 |
| | GA HIGHWAY TAX-DIESEL EXEMPT # 11078-GR | | | | |
| | GA U S T | | 8842 | .00500 | 44.21 |
| | GA PREPAID SALES TAX - DIESEL EXEMPT # 11078-GR | | | | |

All invoiced tax exempt fuel is purchased for:
EXEMPT USE OF A DYED PRODUCT

Effective July 16,2007 there will be a $250.00 charge for all returned
CHECKS or EFT's.

TO: PORTS PETROLEUM CO. INC.,#774042,4042 SOLUTIONS CENTER,CHICAGO IL 60677-4000

| For internal use 0624 200806 | Payment is due | 6/28/2008 | Pay this Amount | $34,251.25 |
|---|---|---|---|---|

The state tax, or taxes, imposed hereon has been assumed and will be paid by Ports Petroleum Co., Inc. on or before due date, as required by law.

Effective 07/16/07 there will be a $250 charge for all returned checks or ACH's.

A service charge of 1-1/2% per month will be charged on all past-due balances.

**PORTS PETROLEUM CO., INC.** WOOSTER, OHIO
*...your Product & Price Leader*

P.O. Box 1046
Wooster, OH 44691
1-800-562-0373

| Invoice Date | Invoice Number |
|---|---|
| 6/21/2008 | 383367 |
| Ship Date | Ship Time |
| 6/21/2008 | 15:57 |
| Cust Ord # | Carrier |
| 341132 | 4106 |

Bill To  19670
BUCKHEAD OIL COMPANY
602
3640 JODECO RD.
MCDONOUGH GA 30253-0000

Ship To  19671
BUCKHEAD OIL COMPANY
RACK/GA
GA
00000-0000

| Bill of Lading | Description | Gross | Net | Price | Amount |
|---|---|---|---|---|---|
| 341132 GL | 404 DIESEL #2 ULTRA LOW CLEAR | | 666 | 3.86150 | 2571.76 |
| | 15-ppm sulfur ULSD | | | | |
| 341132 GL | 405 DIESEL #2 ULTRA LOW DYED | | 3585 | 3.86650 | 13861.40 |
| | 15-ppm sulfur dyed ULSD. Non-Road or tax exempt use only. | | | | |
| | FX EXCISE TAX-LOW DIESEL | | 666 | .24300 | 161.84 |
| | FX HIGHWAY TAX-DIESEL EXEMPT # * | | | | |
| | FX U S T | | 4251 | .00100 | 4.25 |
| | FX OIL SPILL-LOW DIESEL | | 666 | .00120 | .80 |
| | FX OIL SPILL-HIGH DIESEL | | 3585 | .00120 | 4.30 |
| | GA EXCISE TAX-LOW DIESEL EXEMPT # 11078-GR | | | | |
| | GA HIGHWAY TAX-DIESEL EXEMPT # 11078-GR | | | | |
| | GA U S T | | 4251 | .00500 | 21.26 |
| | GA PREPAID SALES TAX - DIESEL EXEMPT # 11078-GR | | | | |

All invoiced tax exempt fuel is purchased for:
EXEMPT USE OF A DYED PRODUCT

Effective July 16,2007 there will be a $250.00 charge for all returned
CHECKS or EFT's.

TO: PORTS PETROLEUM CO. INC.,#774042,4042 SOLUTIONS CENTER,CHICAGO IL 60677-4000

For internal use
0624 200806

**Payment is due** | 6/28/2008 | **Pay this Amount** | **$16,625.81**

The state tax, or taxes, imposed hereon has been assumed and will be paid by Ports Petroleum Co., Inc. on or before due date, as required by law.

Effective 07/16/07 there will be a $250 charge for all returned checks or ACH's.

A service charge of 1-1/2% per month will be charged on all past-due balances.

**PORTS PETROLEUM** *...your Product & Price Leader*
CO., INC.
WOOSTER, OHIO

P.O. Box 1046
Wooster, OH 44691
1-800-562-0373

| Invoice Date | Invoice Number |
|---|---|
| 6/21/2008 | 383368 |
| Ship Date | Ship Time |
| 6/21/2008 | 17:23 |
| Cust Ord # | Carrier |
| 341139 | 4106 |

Bill To    19670

BUCKHEAD OIL COMPANY
602
3640 JODECO RD.
MCDONOUGH GA 30253-0000

Ship To   19671

BUCKHEAD OIL COMPANY

RACK/GA

GA

00000-0000

| Bill of Lading | | Description | Gross | Net | Price | Amount |
|---|---|---|---|---|---|---|
| 341139 | GL | 404 DIESEL #2 ULTRA LOW CLEAR | | 4369 | 3.86150 | 16870.89 |
| | | 15-ppm sulfur ULSD | | | | |
| | | | | | | |
| | | FX EXCISE TAX-LOW DIESEL | | 4369 | .24300 | 1061.67 |
| | | FX U S T | | 4369 | .00100 | 4.37 |
| | | FX OIL SPILL-LOW DIESEL | | 4369 | .00120 | 5.24 |
| | | GA EXCISE TAX-LOW DIESEL EXEMPT # 11078-GR | | | | |
| | | GA U S T | | 4369 | .00500 | 21.85 |
| | | GA PREPAID SALES TAX - DIESEL EXEMPT # 11078-GR | | | | |

Effective July 16,2007 there will be a $250.00 charge for all returned
CHECKS or EFT's.

TO: PORTS PETROLEUM CO. INC.,#774042,4042 SOLUTIONS CENTER,CHICAGO IL 60677-4000

| For internal use | Payment is due | 6/28/2008 | Pay this Amount | $17,964.02 |
|---|---|---|---|---|
| 0624 200806 | | | | |

The state tax, or taxes, imposed hereon has been
assumed and will be paid by Ports Petroleum Co., Inc.
on or before due date, as required by law.

Effective 07/16/07 there will be a $250
charge for all returned checks or ACH's.

A service charge of 1-1/2% per month
will be charged on all past-due balances.



| | | P.O. Box 1046<br>Wooster, OH 44691<br>1-800-562-0373 | Invoice Date<br>6/21/2008 | Invoice Number<br>383369 |
|---|---|---|---|---|
| | | | Ship Date<br>6/21/2008 | Ship Time<br>19:18 |
| | | | Cust Ord #<br>341149 | Carrier<br>4106 |

Bill To  19670

BUCKHEAD OIL COMPANY
602
3640 JODECO RD.
MCDONOUGH GA 30253-0000

Ship To  19671

BUCKHEAD OIL COMPANY

RACK/GA

GA

00000-0000

| Bill of Lading | Description | Gross | Net | Price | Amount |
|---|---|---|---|---|---|
| 341149  GL | 404 DIESEL #2 ULTRA LOW CLEAR | | 4239 | 3.86150 | 16368.90 |
| | 15-ppm sulfur ULSD | | | | |
| | FX EXCISE TAX-LOW DIESEL | | 4239 | .24300 | 1030.08 |
| | FX U S T | | 4239 | .00100 | 4.24 |
| | FX OIL SPILL-LOW DIESEL | | 4239 | .00120 | 5.09 |
| | GA EXCISE TAX-LOW DIESEL EXEMPT # 11078-GR | | | | |
| | GA U S T | | 4239 | .00500 | 21.20 |
| | GA PREPAID SALES TAX - DIESEL EXEMPT # 11078-GR | | | | |

Effective July 16,2007 there will be a $250.00 charge for all returned
CHECKS or EFT's.

TO: PORTS PETROLEUM CO. INC.,#774042,4042 SOLUTIONS CENTER,CHICAGO IL 60677-4000

| For internal use<br>0624 200806 | **Payment is due** | 6/28/2008 | **Pay this Amount** | $17,429.51 |
|---|---|---|---|---|

The state tax, or taxes, imposed hereon has been
assumed and will be paid by Ports Petroleum Co., Inc.
on or before due date, as required by law.

Effective 07/16/07 there will be a $250
charge for all returned checks or ACH's.

A service charge of 1-1/2% per month
will be charged on all past-due balances.



P.O. Box 1046
Wooster, OH 44691
1-800-562-0373

| Invoice Date | Invoice Number |
|---|---|
| 6/21/2008 | 383370 |
| Ship Date | Ship Time |
| 6/21/2008 | 21:51 |
| Cust Ord # | Carrier |
| 341153 | 4106 |

Bill To   19670

BUCKHEAD OIL COMPANY
602
3640 JODECO RD.
MCDONOUGH GA 30253-0000

Ship To   19671

BUCKHEAD OIL COMPANY

RACK/GA
GA
00000-0000

| Bill of Lading | Description | Gross | Net | Price | Amount |
|---|---|---|---|---|---|
| 341153  GL | 404 DIESEL #2 ULTRA LOW CLEAR | | 4370 | 3.86150 | 16874.76 |
| | 15-ppm sulfur ULSD | | | | |
| | | | | | |
| | FX EXCISE TAX-LOW DIESEL | | 4370 | .24300 | 1061.91 |
| | FX U S T | | 4370 | .00100 | 4.37 |
| | FX OIL SPILL-LOW DIESEL | | 4370 | .00120 | 5.24 |
| | GA EXCISE TAX-LOW DIESEL EXEMPT # 11078-GR | | | | |
| | GA U S T | | 4370 | .00500 | 21.85 |
| | GA PREPAID SALES TAX - DIESEL EXEMPT # 11078-GR | | | | |

Effective July 16,2007 there will be a $250.00 charge for all returned
CHECKS or EFT's.

TO: PORTS PETROLEUM CO. INC.,#774042,4042 SOLUTIONS CENTER,CHICAGO IL 60677-4000

For internal use
0624 200806

**Payment is due**   6/28/2008   **Pay this Amount**   $17,968.13

The state tax, or taxes, imposed hereon has been
assumed and will be paid by Ports Petroleum Co., Inc.
on or before due date, as required by law.

Effective 07/16/07 there will be a $250
charge for all returned checks or ACH's.

A service charge of 1-1/2% per month
will be charged on all past-due balances.

**PORTS PETROLEUM CO., INC.**
*...your Product &*
*Price Leader*
WOOSTER, OHIO

P.O. Box 1046
Wooster, OH 44691
1-800-562-0373

| Invoice Date | Invoice Number |
|---|---|
| 6/21/2008 | 383371 |
| Ship Date | Ship Time |
| 6/21/2008 | 22:05 |
| Cust Ord # | Carrier |
| 341156 | 4106 |

Bill To    19670
BUCKHEAD OIL COMPANY
602
3640 JODECO RD.
MCDONOUGH GA 30253-0000

Ship To    19671
BUCKHEAD OIL COMPANY
RACK/GA
GA
00000-0000

| Bill of Lading | | Description | Gross | Net | Price | Amount |
|---|---|---|---|---|---|---|
| 341156 | GL | 404 DIESEL #2 ULTRA LOW CLEAR | | 4211 | 3.86150 | 16260.78 |
| | | 15-ppm sulfur ULSD | | | | |
| | | FX EXCISE TAX-LOW DIESEL | | 4211 | .24300 | 1023.27 |
| | | FX U S T | | 4211 | .00100 | 4.21 |
| | | FX OIL SPILL-LOW DIESEL | | 4211 | .00120 | 5.05 |
| | | GA EXCISE TAX-LOW DIESEL EXEMPT # 11078-GR | | | | |
| | | GA U S T | | 4211 | .00500 | 21.06 |
| | | GA PREPAID SALES TAX - DIESEL EXEMPT # 11078-GR | | | | |

Effective July 16,2007 there will be a $250.00 charge for all returned
CHECKS or EFT's.

TO: PORTS PETROLEUM CO. INC.,#774042,4042 SOLUTIONS CENTER,CHICAGO IL 60677-4000

For internal use
0624 200806

**Payment is due**    6/28/2008    **Pay this Amount**    **$17,314.37**

The state tax, or taxes, imposed hereon has been
assumed and will be paid by Ports Petroleum Co., Inc.
on or before due date, as required by law.

Effective 07/16/07 there will be a $250
charge for all returned checks or ACH's.

A service charge of 1-1/2% per month
will be charged on all past-due balances.



| | | P.O. Box 1046<br>Wooster, OH 44691<br>1-800-562-0373 | Invoice Date<br>6/22/2008 | Invoice Number<br>383346 |
|---|---|---|---|---|
| | | | Ship Date<br>6/22/2008 | Ship Time<br>:42 |
| | | | Cust Ord #<br>341162 | Carrier<br>4106 |

Bill To    19670

BUCKHEAD OIL COMPANY
602
3640 JODECO RD.
MCDONOUGH GA 30253-0000

Ship To  19671

BUCKHEAD OIL COMPANY

RACK/GA

GA

00000-0000

| Bill of Lading | Description | Gross | Net | Price | Amount |
|---|---|---|---|---|---|
| 341162   GL | 404 DIESEL #2 ULTRA LOW CLEAR | | 4370 | 3.86150 | 16874.76 |
| | 15-ppm sulfur ULSD | | | | |
| | | | | | |
| | FX EXCISE TAX-LOW DIESEL | | 4370 | .24300 | 1061.91 |
| | FX U S T | | 4370 | .00100 | 4.37 |
| | FX OIL SPILL-LOW DIESEL | | 4370 | .00120 | 5.24 |
| | GA EXCISE TAX-LOW DIESEL EXEMPT # 11078-GR | | | | |
| | GA U S T | | 4370 | .00500 | 21.85 |
| | GA PREPAID SALES TAX - DIESEL EXEMPT # 11078-GR | | | | |

Effective July 16,2007 there will be a $250.00 charge for all returned
CHECKS or EFT's.

TO: PORTS PETROLEUM CO. INC.,#774042,4042 SOLUTIONS CENTER,CHICAGO IL 60677-4000

| For internal use<br>0624 200806 | **Payment is due** | 6/29/2008 | **Pay this Amount** | **$17,968.13** |
|---|---|---|---|---|

The state tax, or taxes, imposed hereon has been
assumed and will be paid by Ports Petroleum Co., Inc.
on or before due date, as required by law.

Effective 07/16/07 there will be a $250
charge for all returned checks or ACH's.

A service charge of 1-1/2% per month
will be charged on all past-due balances.

**PORTS PETROLEUM CO., INC.**
WOOSTER, OHIO
...*your Product & Price Leader*

P.O. Box 1046
Wooster, OH 44691
1-800-562-0373

| Invoice Date | Invoice Number |
|---|---|
| 6/22/2008 | 383347 |
| Ship Date | Ship Time |
| 6/22/2008 | 1:21 |
| Cust Ord # | Carrier |
| 341162 | 4106 |

Bill To    19670
BUCKHEAD OIL COMPANY
602
3640 JODECO RD.
MCDONOUGH GA 30253-0000

Ship To   19671
BUCKHEAD OIL COMPANY

RACK/GA

GA
00000-0000

| Bill of Lading | Description | Gross | Net | Price | Amount | |
|---|---|---|---|---|---|---|
| 341165  GL | 404 DIESEL #2 ULTRA LOW CLEAR | | 4211 | 3.86160 | 16261.20 | |
| | 15-ppm sulfur ULSD | | | | | |
| | | | | | | |
| | FX EXCISE TAX-LOW DIESEL | | 4211 | .24300 | 1023.27 | |
| | FX U S T | | 4211 | .00100 | 4.21 | |
| | FX OIL SPILL-LOW DIESEL | | 4211 | .00120 | 5.05 | |
| | GA EXCISE TAX-LOW DIESEL EXEMPT # 11078-GR | | | | | |
| | GA U S T | | 4211 | .00500 | 21.06 | |
| | GA PREPAID SALES TAX - DIESEL EXEMPT # 11078-GR | | | | | |

Effective July 16,2007 there will be a $250.00 charge for all returned
CHECKS or EFT's.

TO: PORTS PETROLEUM CO. INC.,#774042,4042 SOLUTIONS CENTER,CHICAGO IL 60677-4000

For internal use
0624 200806

**Payment is due**    6/29/2008    **Pay this Amount**    $17,314.79

The state tax, or taxes, imposed hereon has been
assumed and will be paid by Ports Petroleum Co., Inc.
on or before due date, as required by law.

Effective 07/16/07 there will be a $250
charge for all returned checks or ACH's.

A service charge of 1-1/2% per month
will be charged on all past-due balances.

**PORTS PETROLEUM CO., INC.**
WOOSTER, OHIO
...your **Product &**
**Price Leader**

P.O. Box 1046
Wooster, OH 44691
1-800-562-0373

| Invoice Date | Invoice Number |
|---|---|
| 6/22/2008 | 383348 |
| Ship Date | Ship Time |
| 6/22/2008 | 4:13 |
| Cust Ord # | Carrier |
| 341174 | 4106 |

Bill To   19670

BUCKHEAD OIL COMPANY
602
3640 JODECO RD.
MCDONOUGH GA 30253-0000

Ship To   19671

BUCKHEAD OIL COMPANY

RACK/GA
                    GA
00000-0000

| Bill of Lading | Description | Gross | Net | Price | Amount |
|---|---|---|---|---|---|
| 341174   GL | 404 DIESEL #2 ULTRA LOW CLEAR | | 4217 | 3.86150 | 16283.95 |
| | 15-ppm sulfur ULSD | | | | |
| | FX EXCISE TAX-LOW DIESEL | | 4217 | .24300 | 1024.73 |
| | FX U S T | | 4217 | .00100 | 4.22 |
| | FX OIL SPILL-LOW DIESEL | | 4217 | .00120 | 5.06 |
| | GA EXCISE TAX-LOW DIESEL EXEMPT # 11078-GR | | | | |
| | GA U S T | | 4217 | .00500 | 21.09 |
| | GA PREPAID SALES TAX - DIESEL EXEMPT # 11078-GR | | | | |

Effective July 16,2007 there will be a $250.00 charge for all returned
CHECKS or EFT's.

TO: PORTS PETROLEUM CO. INC.,#774042,4042 SOLUTIONS CENTER,CHICAGO IL 60677-4000

For internal use
0624 200806

**Payment is due**    6/29/2008    **Pay this Amount**    **$17,339.05**

The state tax, or taxes, imposed hereon has been
assumed and will be paid by Ports Petroleum Co., Inc.
on or before due date, as required by law.

Effective 07/16/07 there will be a $250
charge for all returned checks or ACH's.

A service charge of 1-1/2% per month
will be charged on all past-due balances.



| | | P.O. Box 1046<br>Wooster, OH 44691<br>1-800-562-0373 | Invoice Date<br>6/22/2008 | Invoice Number<br>383349 |
|---|---|---|---|---|
| | | | Ship Date<br>6/22/2008 | Ship Time<br>5:49 |
| | | | Cust Ord #<br>341183 | Carrier<br>4106 |

Bill To  19670

BUCKHEAD OIL COMPANY
602
3640 JODECO RD.
MCDONOUGH GA 30253-0000

Ship To  19671

BUCKHEAD OIL COMPANY

RACK/GA
GA
00000-0000

| Bill of Lading | Description | Gross | Net | Price | Amount |
|---|---|---|---|---|---|
| 341183  GL | 405 DIESEL #2 ULTRA LOW DYED | | 8793 | 3.86650 | 33998.13 |
| | 15-ppm sulfur dyed ULSD.  Non-Road or tax  exempt use only. | | | | |
| | | | | | |
| | FX HIGHWAY TAX-DIESEL EXEMPT # * | | | | |
| | FX U S T | | 8793 | .00100 | 8.79 |
| | FX OIL SPILL-HIGH DIESEL | | 8793 | .00120 | 10.55 |
| | GA HIGHWAY TAX-DIESEL EXEMPT # 11078-GR | | | | |
| | GA U S T | | 8793 | .00500 | 43.97 |
| | GA PREPAID SALES TAX - DIESEL EXEMPT # 11078-GR | | | | |

All invoiced tax exempt fuel is purchased for:
EXEMPT USE OF A DYED PRODUCT

Effective July 16,2007 there will be a $250.00 charge for all returned
CHECKS or EFT's.

TO: PORTS PETROLEUM CO. INC.,#774042,4042 SOLUTIONS CENTER,CHICAGO IL 60677-4000

| For internal use<br>0624 200806 | **Payment is due** | 6/29/2008 | **Pay this Amount** | **$34,061.44** |
|---|---|---|---|---|

The state tax, or taxes, imposed hereon has been
assumed and will be paid by Ports Petroleum Co., Inc.
on or before due date, as required by law.

Effective 07/16/07 there will be a $250
charge for all returned checks or ACH's.

A service charge of 1-1/2% per month
will be charged on all past-due balances.



PORTS PETROLEUM CO., INC.
WOOSTER, OHIO
...your Product & Price Leader

P.O. Box 1046
Wooster, OH 44691
1-800-562-0373

| Invoice Date | Invoice Number |
|---|---|
| 6/22/2008 | 383350 |
| Ship Date | Ship Time |
| 6/22/2008 | 7:17 |
| Cust Ord # | Carrier |
| 341187 | 4106 |

Bill To   19670

BUCKHEAD OIL COMPANY
602
3640 JODECO RD.
MCDONOUGH GA 30253-0000

Ship To   19671

BUCKHEAD OIL COMPANY

RACK/GA
                    GA
00000-0000

| Bill of Lading | Description | Gross | Net | Price | Amount |
|---|---|---|---|---|---|
| 341187    GL | 405 DIESEL #2 ULTRA LOW DYED | | 4252 | 3.86650 | 16440.36 |
| | 15-ppm sulfur dyed ULSD.  Non-Road or tax   exempt use only. | | | | |
| | | | | | |
| | FX HIGHWAY TAX-DIESEL EXEMPT # * | | | | |
| | FX U S T | | 4252 | .00100 | 4.25 |
| | FX OIL SPILL-HIGH DIESEL | | 4252 | .00120 | 5.10 |
| | GA HIGHWAY TAX-DIESEL EXEMPT # 11078-GR | | | | |
| | GA U S T | | 4252 | .00500 | 21.26 |
| | GA PREPAID SALES TAX - DIESEL EXEMPT # 11078-GR | | | | |

All invoiced tax exempt fuel is purchased for:
EXEMPT USE OF A DYED PRODUCT

Effective July 16,2007 there will be a $250.00 charge for all returned
CHECKS or EFT's.

TO: PORTS PETROLEUM CO. INC.,#774042,4042 SOLUTIONS CENTER,CHICAGO IL 60677-4000

| For internal use
0624 200806 | **Payment is due** | 6/29/2008 | **Pay this Amount** | $16,470.97 |
|---|---|---|---|---|

The state tax, or taxes, imposed hereon has been
assumed and will be paid by Ports Petroleum Co., Inc.
on or before due date, as required by law.

Effective 07/16/07 there will be a $250
charge for all returned checks or ACH's.

A service charge of 1-1/2% per month
will be charged on all past-due balances.



| | P.O. Box 1046<br>Wooster, OH 44691<br>1-800-562-0373 | Invoice Date<br>6/22/2008 | Invoice Number<br>383351 |
|---|---|---|---|
| | | Ship Date<br>6/22/2008 | Ship Time<br>8:57 |
| | | Cust Ord #<br>341196 | Carrier<br>4106 |

Bill To   19670

BUCKHEAD OIL COMPANY

602

3640 JODECO RD.

MCDONOUGH GA 30253-0000

Ship To   19671

BUCKHEAD OIL COMPANY

RACK/GA

GA

00000-0000

| Bill of Lading | | Description | Gross | Net | Price | Amount |
|---|---|---|---|---|---|---|
| 341196 | GL | 404 DIESEL #2 ULTRA LOW CLEAR | | 8786 | 3.86150 | 33927.14 |
| | | 15-ppm sulfur ULSD | | | | |
| | | | | | | |
| | | FX EXCISE TAX-LOW DIESEL | | 8786 | .24300 | 2135.00 |
| | | FX U S T | | 8786 | .00100 | 8.79 |
| | | FX OIL SPILL-LOW DIESEL | | 8786 | .00120 | 10.54 |
| | | GA EXCISE TAX-LOW DIESEL EXEMPT # 11078-GR | | | | |
| | | GA U S T | | 8786 | .00500 | 43.93 |
| | | GA PREPAID SALES TAX - DIESEL EXEMPT # 11078-GR | | | | |

Effective July 16,2007 there will be a $250.00 charge for all returned
CHECKS or EFT's.

TO: PORTS PETROLEUM CO. INC.,#774042,4042 SOLUTIONS CENTER,CHICAGO IL 60677-4000

| For internal use<br>0624 200806 | **Payment is due** | 6/29/2008 | **Pay this Amount** | **$36,125.40** |
|---|---|---|---|---|

The state tax, or taxes, imposed hereon has been
assumed and will be paid by Ports Petroleum Co., Inc.
on or before due date, as required by law.

Effective 07/16/07 there will be a $250
charge for all returned checks or ACH's.

A service charge of 1-1/2% per month
will be charged on all past-due balances.



| | P.O. Box 1046 Wooster, OH 44691 1-800-562-0373 | Invoice Date | Invoice Number |
|---|---|---|---|
| | | 6/22/2008 | 383352 |
| | | Ship Date | Ship Time |
| | | 6/22/2008 | 10:07 |
| | | Cust Ord # | Carrier |
| | | 341202 | 4106 |

Bill To   19670

BUCKHEAD OIL COMPANY
602
3640 JODECO RD.
MCDONOUGH GA 30253-0000

Ship To   19671

BUCKHEAD OIL COMPANY

RACK/GA
                  GA
00000-0000

| Bill of Lading | Description | Gross | Net | Price | Amount |
|---|---|---|---|---|---|
| 341202   GL | 405 DIESEL #2 ULTRA LOW DYED | | 4262 | 3.86650 | 16479.02 |
| | 15-ppm sulfur dyed ULSD.  Non-Road or tax  exempt use only. | | | | |
| | | | | | |
| | FX HIGHWAY TAX-DIESEL EXEMPT # * | | | | |
| | FX U S T | | 4262 | .00100 | 4.26 |
| | FX OIL SPILL-HIGH DIESEL | | 4262 | .00120 | 5.11 |
| | GA HIGHWAY TAX-DIESEL EXEMPT # 11078-GR | | | | |
| | GA U S T | | 4262 | .00500 | 21.31 |
| | GA PREPAID SALES TAX - DIESEL EXEMPT # 11078-GR | | | | |

All invoiced tax exempt fuel is purchased for:
EXEMPT USE OF A DYED PRODUCT

Effective July 16,2007 there will be a $250.00 charge for all returned
CHECKS or EFT's.

TO: PORTS PETROLEUM CO. INC.,#774042,4042 SOLUTIONS CENTER,CHICAGO IL 60677-4000

| For internal use 0624 200806 | **Payment is due** | 6/29/2008 | **Pay this Amount** | $16,509.70 |
|---|---|---|---|---|

The state tax, or taxes, imposed hereon has been
assumed and will be paid by Ports Petroleum Co., Inc.
on or before due date, as required by law.

Effective 07/16/07 there will be a $250
charge for all returned checks or ACH's.

A service charge of 1-1/2% per month
will be charged on all past-due balances.



| P.O. Box 1046 Wooster, OH 44691 1-800-562-0373 | | Invoice Date | Invoice Number |
|---|---|---|---|
| | | 6/22/2008 | 383353 |
| | | Ship Date | Ship Time |
| | | 6/22/2008 | 11:28 |
| | | Cust Ord # | Carrier |
| | | 341210 | 4106 |

Bill To   19670

BUCKHEAD OIL COMPANY
602
3640 JODECO RD.
MCDONOUGH GA 30253-0000

Ship To   19671

BUCKHEAD OIL COMPANY

RACK/GA
                    GA
00000-0000

| Bill of Lading | Description | Gross | Net | Price | Amount | |
|---|---|---|---|---|---|---|
| 341210    GL | 404 DIESEL #2 ULTRA LOW CLEAR | | 4370 | 3.86150 | 16874.76 | |
| | 15-ppm sulfur ULSD | | | | | |
| | FX EXCISE TAX-LOW DIESEL | | 4370 | .24300 | 1061.91 | |
| | FX U S T | | 4370 | .00100 | 4.37 | |
| | FX OIL SPILL-LOW DIESEL | | 4370 | .00120 | 5.24 | |
| | GA EXCISE TAX-LOW DIESEL EXEMPT # 11078-GR | | | | | |
| | GA U S T | | 4370 | .00500 | 21.85 | |
| | GA PREPAID SALES TAX - DIESEL EXEMPT # 11078-GR | | | | | |

Effective July 16,2007 there will be a $250.00 charge for all returned
CHECKS or EFT's.

TO: PORTS PETROLEUM CO. INC.,#774042,4042 SOLUTIONS CENTER,CHICAGO IL 60677-4000

| For internal use 0624 200806 | **Payment is due** | 6/29/2008 | **Pay this Amount** | **$17,968.13** |
|---|---|---|---|---|

The state tax, or taxes, imposed hereon has been
assumed and will be paid by Ports Petroleum Co., Inc.
on or before due date, as required by law.

Effective 07/16/07 there will be a $250
charge for all returned checks or ACH's.

A service charge of 1-1/2% per month
will be charged on all past-due balances.



| | | P.O. Box 1046<br>Wooster, OH 44691<br>1-800-562-0373 | Invoice Date | Invoice Number |
|---|---|---|---|---|
| | | | 6/22/2008 | 383354 |
| | | | Ship Date | Ship Time |
| | | | 6/22/2008 | 11:49 |
| | | | Cust Ord # | Carrier |
| | | | 341211 | 4106 |

Bill To   19670

    BUCKHEAD OIL COMPANY
        602
    3640 JODECO RD.
    MCDONOUGH GA 30253-0000

Ship To   19671

    BUCKHEAD OIL COMPANY

    RACK/GA

            GA

    00000-0000

| Bill of Lading | Description | Gross | Net | Price | Amount |
|---|---|---|---|---|---|
| 341211   GL | 404 DIESEL #2 ULTRA LOW CLEAR | | 8789 | 3.86150 | 33938.72 |
| | 15-ppm sulfur ULSD | | | | |
| | | | | | |
| | FX EXCISE TAX-LOW DIESEL | | 8789 | .24300 | 2135.73 |
| | FX U S T | | 8789 | .00100 | 8.79 |
| | FX OIL SPILL-LOW DIESEL | | 8789 | .00120 | 10.55 |
| | GA EXCISE TAX-LOW DIESEL EXEMPT # 11078-GR | | | | |
| | GA U S T | | 8789 | .00500 | 43.95 |
| | GA PREPAID SALES TAX - DIESEL EXEMPT # 11078-GR | | | | |

Effective July 16,2007 there will be a $250.00 charge for all returned
CHECKS or EFT's.

TO: PORTS PETROLEUM CO. INC.,#774042,4042 SOLUTIONS CENTER,CHICAGO IL 60677-4000

| For internal use<br>0624 200806 | **Payment is due** | 6/29/2008 | **Pay this Amount** | **$36,137.74** |
|---|---|---|---|---|

The state tax, or taxes, imposed hereon has been
assumed and will be paid by Ports Petroleum Co., Inc.
on or before due date, as required by law.

Effective 07/16/07 there will be a $250
charge for all returned checks or ACH's.

A service charge of 1-1/2% per month
will be charged on all past-due balances.



P.O. Box 1046
Wooster, OH 44691
1-800-562-0373

| Invoice Date | Invoice Number |
|---|---|
| 6/22/2008 | 383355 |
| Ship Date | Ship Time |
| 6/22/2008 | 14:38 |
| Cust Ord # | Carrier |
| 341221 | 4106 |

Bill To    19670

BUCKHEAD OIL COMPANY
602
3640 JODECO RD.
MCDONOUGH GA 30253-0000

Ship To    19671

BUCKHEAD OIL COMPANY

RACK/GA

GA

00000-0000

| Bill of Lading | Description | | Gross | Net | Price | Amount | |
|---|---|---|---|---|---|---|---|
| 341221  GL | 405 DIESEL #2 ULTRA LOW DYED | | | 4369 | 3.86650 | 16892.74 | |
| | 15-ppm sulfur dyed ULSD.  Non-Road or tax  exempt use only. | | | | | | |
| | | | | | | | |
| | FX HIGHWAY TAX-DIESEL EXEMPT # * | | | | | | |
| | FX U S T | | | 4369 | .00100 | 4.37 | |
| | FX OIL SPILL-HIGH DIESEL | | | 4369 | .00120 | 5.24 | |
| | GA HIGHWAY TAX-DIESEL EXEMPT # 11078-GR | | | | | | |
| | GA U S T | | | 4369 | .00500 | 21.85 | |
| | GA PREPAID SALES TAX - DIESEL EXEMPT # 11078-GR | | | | | | |

All invoiced tax exempt fuel is purchased for:
EXEMPT USE OF A DYED PRODUCT

Effective July 16,2007 there will be a $250.00 charge for all returned
CHECKS or EFT's.

TO: PORTS PETROLEUM CO. INC.,#774042,4042 SOLUTIONS CENTER,CHICAGO IL 60677-4000

| For internal use | Payment is due | 6/29/2008 | Pay this Amount | $16,924.20 |
|---|---|---|---|---|
| 0624 200806 | | | | |

The state tax, or taxes, imposed hereon has been
assumed and will be paid by Ports Petroleum Co., Inc.
on or before due date, as required by law.

Effective 07/16/07 there will be a $250
charge for all returned checks or ACH's.

A service charge of 1-1/2% per month
will be charged on all past-due balances.



**PORTS PETROLEUM CO. INC.**, WOOSTER, OHIO
...your *Product & Price Leader*

P.O. Box 1046
Wooster, OH 44691
1-800-562-0373

| Invoice Date | Invoice Number |
|---|---|
| 6/22/2008 | 383356 |
| Ship Date | Ship Time |
| 6/22/2008 | 16:21 |
| Cust Ord # | Carrier |
| 341225 | 4106 |

Bill To   19670

BUCKHEAD OIL COMPANY
602
3640 JODECO RD.
MCDONOUGH GA 30253-0000

Ship To   19671

BUCKHEAD OIL COMPANY

RACK/GA

GA

00000-0000

| Bill of Lading | | Description | Gross | Net | Price | Amount |
|---|---|---|---|---|---|---|
| 341225 | GL | 404 DIESEL #2 ULTRA LOW CLEAR | | 8784 | 3.86150 | 33919.42 |
| | | 15-ppm sulfur ULSD | | | | |
| | | FX EXCISE TAX-LOW DIESEL | | 8784 | .24300 | 2134.51 |
| | | FX U S T | | 8784 | .00100 | 8.78 |
| | | FX OIL SPILL-LOW DIESEL | | 8784 | .00120 | 10.54 |
| | | GA EXCISE TAX-LOW DIESEL EXEMPT # 11078-GR | | | | |
| | | GA U S T | | 8784 | .00500 | 43.92 |
| | | GA PREPAID SALES TAX - DIESEL EXEMPT # 11078-GR | | | | |

Effective July 16,2007 there will be a $250.00 charge for all returned
CHECKS or EFT's.

TO: PORTS PETROLEUM CO. INC.,#774042,4042 SOLUTIONS CENTER,CHICAGO IL 60677-4000

For internal use
0624 200806

**Payment is due**   6/29/2008   **Pay this Amount**   **$36,117.17**

The state tax, or taxes, imposed hereon has been
assumed and will be paid by Ports Petroleum Co., Inc.
on or before due date, as required by law.

Effective 07/16/07 there will be a $250
charge for all returned checks or ACH's.

A service charge of 1-1/2% per month
will be charged on all past-due balances.



**PORTS PETROLEUM** CO., INC.
WOOSTER, OHIO
*…your* **P**roduct & **P**rice *Leader*

P.O. Box 1046
Wooster, OH 44691
1-800-562-0373

| Invoice Date | Invoice Number |
|---|---|
| 6/22/2008 | 383357 |
| Ship Date | Ship Time |
| 6/22/2008 | 19:43 |
| Cust Ord # | Carrier |
| 341239 | 4106 |

Bill To    19670
    BUCKHEAD OIL COMPANY
        602
    3640 JODECO RD.
    MCDONOUGH GA 30253-0000

Ship To    19671
    BUCKHEAD OIL COMPANY

    RACK/GA
                    GA
    00000-0000

| Bill of Lading | Description | Gross | Net | Price | Amount | |
|---|---|---|---|---|---|---|
| 341239    GL | 404 DIESEL #2 ULTRA LOW CLEAR | | 4209 | 3.86150 | 16253.05 | |
| | 15-ppm sulfur ULSD | | | | | |
| | FX EXCISE TAX-LOW DIESEL | | 4209 | .24300 | 1022.79 | |
| | FX U S T | | 4209 | .00100 | 4.21 | |
| | FX OIL SPILL-LOW DIESEL | | 4209 | .00120 | 5.05 | |
| | GA EXCISE TAX-LOW DIESEL EXEMPT # 11078-GR | | | | | |
| | GA U S T | | 4209 | .00500 | 21.05 | |
| | GA PREPAID SALES TAX - DIESEL EXEMPT # 11078-GR | | | | | |

Effective July 16,2007 there will be a $250.00 charge for all returned
CHECKS or EFT's.

TO: PORTS PETROLEUM CO. INC.,#774042,4042 SOLUTIONS CENTER,CHICAGO IL 60677-4000

| For internal use |  |  |  |  |  |
|---|---|---|---|---|---|
| 0624 200806 | **Payment is due** | 6/29/2008 | **Pay this Amount** | **$17,306.15** | |

The state tax, or taxes, imposed hereon has been
assumed and will be paid by Ports Petroleum Co., Inc.
on or before due date, as required by law.

Effective 07/16/07 there will be a $250
charge for all returned checks or ACH's.

A service charge of 1-1/2% per month
will be charged on all past-due balances.



P.O. Box 1046
Wooster, OH 44691
1-800-562-0373

| Invoice Date | Invoice Number |
|---|---|
| 6/22/2008 | 383358 |
| Ship Date | Ship Time |
| 6/22/2008 | 22:48 |
| Cust Ord # | Carrier |
| 341247 | 4106 |

Bill To    19670

BUCKHEAD OIL COMPANY
602
3640 JODECO RD.
MCDONOUGH GA 30253-0000

Ship To    19671

BUCKHEAD OIL COMPANY

RACK/GA
                        GA
00000-0000

| Bill of Lading | Description | Gross | Net | Price | Amount |
|---|---|---|---|---|---|
| 341247   GL | 405 DIESEL #2 ULTRA LOW DYED | | 4211 | 3.86650 | 16281.83 |
| | 15-ppm sulfur dyed ULSD.  Non-Road or tax  exempt use only. | | | | |
| | | | | | |
| | FX HIGHWAY TAX-DIESEL EXEMPT # * | | | | |
| | FX U S T | | 4211 | .00100 | 4.21 |
| | FX OIL SPILL-HIGH DIESEL | | 4211 | .00120 | 5.05 |
| | GA HIGHWAY TAX-DIESEL EXEMPT # 11078-GR | | | | |
| | GA U S T | | 4211 | .00500 | 21.06 |
| | GA PREPAID SALES TAX - DIESEL EXEMPT # 11078-GR | | | | |

All invoiced tax exempt fuel is purchased for:
EXEMPT USE OF A DYED PRODUCT

Effective July 16,2007 there will be a $250.00 charge for all returned
CHECKS or EFT's.

TO: PORTS PETROLEUM CO. INC.,#774042,4042 SOLUTIONS CENTER,CHICAGO IL 60677-4000

For internal use
0624 200806

Payment is due    6/29/2008    Pay this Amount    $16,312.15

The state tax, or taxes, imposed hereon has been
assumed and will be paid by Ports Petroleum Co., Inc.
on or before due date, as required by law.

Effective 07/16/07 there will be a $250
charge for all returned checks or ACH's.

A service charge of 1-1/2% per month
will be charged on all past-due balances.



**PORTS PETROLEUM CO., INC.** ...your **Product &** **Price Leader** WOOSTER, OHIO

P.O. Box 1046
Wooster, OH 44691
1-800-562-0373

| Invoice Date | Invoice Number |
|---|---|
| 6/23/2008 | 383569 |
| Ship Date | Ship Time |
| 6/23/2008 | 2:08 |
| Cust Ord # | Carrier |
| 341263 | 4106 |

Bill To   19670

BUCKHEAD OIL COMPANY
00
3640 JODECO RD.
MCDONOUGH GA 30253-0000

Ship To   19671

BUCKHEAD OIL COMPANY

RACK/GA
GA
00000-0000

| Bill of Lading | Description | Gross | Net | Price | Amount |
|---|---|---|---|---|---|
| 341263  GL | 405 DIESEL #2 ULTRA LOW DYED | | 4212 | 3.86650 | 16285.70 |
| | 15-ppm sulfur dyed ULSD.   Non-Road or tax  exempt use only. | | | | |
| | | | | | |
| | FX HIGHWAY TAX-DIESEL EXEMPT # * | | | | |
| | FX U S T | | 4212 | .00100 | 4.21 |
| | FX OIL SPILL-HIGH DIESEL | | 4212 | .00120 | 5.05 |
| | GA HIGHWAY TAX-DIESEL EXEMPT # 11078-GR | | | | |
| | GA U S T | | 4212 | .00500 | 21.06 |
| | GA PREPAID SALES TAX - DIESEL EXEMPT # 11078-GR | | | | |

All invoiced tax exempt fuel is purchased for:
EXEMPT USE OF A DYED PRODUCT

Effective July 16,2007 there will be a $250.00 charge for all returned
CHECKS or EFT's.

TO: PORTS PETROLEUM CO. INC.,#774042,4042 SOLUTIONS CENTER,CHICAGO IL 60677-4000

For internal use
0625 200806

**Payment is due**   6/30/2008   **Pay this Amount**   $16,316.02

The state tax, or taxes, imposed hereon has been
assumed and will be paid by Ports Petroleum Co., Inc.
on or before due date, as required by law.

Effective 07/16/07 there will be a $250
charge for all returned checks or ACH's.

A service charge of 1-1/2% per month
will be charged on all past-due balances.



P.O. Box 1046
Wooster, OH 44691
1-800-562-0373

| Invoice Date | Invoice Number |
|---|---|
| 6/23/2008 | 383570 |
| Ship Date | Ship Time |
| 6/23/2008 | 5:11 |
| Cust Ord # | Carrier |
| 341283 | 4106 |

Bill To    19670

BUCKHEAD OIL COMPANY
00
3640 JODECO RD.
MCDONOUGH GA 30253-0000

Ship To    19671

BUCKHEAD OIL COMPANY

RACK/GA

GA

00000-0000

| Bill of Lading | Description | Gross | Net | Price | Amount |
|---|---|---|---|---|---|
| 341283  GL | 405 DIESEL #2 ULTRA LOW DYED | | 4372 | 3.86650 | 16904.34 |
| | 15-ppm sulfur dyed ULSD.  Non-Road or tax  exempt use only. | | | | |
| | FX HIGHWAY TAX-DIESEL EXEMPT # * | | | | |
| | FX U S T | | 4372 | .00100 | 4.37 |
| | FX OIL SPILL-HIGH DIESEL | | 4372 | .00120 | 5.25 |
| | GA HIGHWAY TAX-DIESEL EXEMPT # 11078-GR | | | | |
| | GA U S T | | 4372 | .00500 | 21.86 |
| | GA PREPAID SALES TAX - DIESEL EXEMPT # 11078-GR | | | | |

All invoiced tax exempt fuel is purchased for:
EXEMPT USE OF A DYED PRODUCT

Effective July 16,2007 there will be a $250.00 charge for all returned
CHECKS or EFT's.

TO: PORTS PETROLEUM CO. INC.,#774042,4042 SOLUTIONS CENTER,CHICAGO IL 60677-4000

| For internal use | Payment is due | 6/30/2008 | Pay this Amount | $16,935.82 |
|---|---|---|---|---|
| 0625 200806 | | | | |

The state tax, or taxes, imposed hereon has been
assumed and will be paid by Ports Petroleum Co., Inc.
on or before due date, as required by law.

Effective 07/16/07 there will be a $250
charge for all returned checks or ACH's.

A service charge of 1-1/2% per month
will be charged on all past-due balances.



| | | P.O. Box 1046<br>Wooster, OH 44691<br>1-800-562-0373 | Invoice Date<br>6/23/2008 | Invoice Number<br>383571 |
|---|---|---|---|---|
| | | | Ship Date<br>6/23/2008 | Ship Time<br>6:17 |
| | | | Cust Ord #<br>341293 | Carrier<br>4106 |

Bill To   19670

BUCKHEAD OIL COMPANY
    00
3640 JODECO RD.
MCDONOUGH GA 30253-0000

Ship To   19671

    BUCKHEAD OIL COMPANY

    RACK/GA
             GA
    00000-0000

| Bill of Lading | Description | Gross | Net | Price | Amount |
|---|---|---|---|---|---|
| 341293   GL | 404 DIESEL #2 ULTRA LOW CLEAR | | 8835 | 3.86150 | 34116.35 |
| | 15-ppm sulfur ULSD | | | | |
| | | | | | |
| | FX EXCISE TAX-LOW DIESEL | | 8835 | .24300 | 2146.91 |
| | FX U S T | | 8835 | .00100 | 8.84 |
| | FX OIL SPILL-LOW DIESEL | | 8835 | .00120 | 10.60 |
| | GA EXCISE TAX-LOW DIESEL EXEMPT # 11078-GR | | | | |
| | GA U S T | | 8835 | .00500 | 44.18 |
| | GA PREPAID SALES TAX - DIESEL EXEMPT # 11078-GR | | | | |

Effective July 16,2007 there will be a $250.00 charge for all returned
CHECKS or EFT's.

TO: PORTS PETROLEUM CO. INC.,#774042,4042 SOLUTIONS CENTER,CHICAGO IL 60677-4000

| For internal use<br>0625 200806 | **Payment is due** | 6/30/2008 | **Pay this Amount** | **$36,326.88** |
|---|---|---|---|---|

The state tax, or taxes, imposed hereon has been
assumed and will be paid by Ports Petroleum Co., Inc.
on or before due date, as required by law.

Effective 07/16/07 there will be a $250
charge for all returned checks or ACH's.

A service charge of 1-1/2% per month
will be charged on all past-due balances.



| | | | |
|---|---|---|---|
| P.O. Box 1046 | Invoice Date | Invoice Number | |
| Wooster, OH 44691 | 6/23/2008 | 383572 | |
| 1-800-562-0373 | Ship Date | Ship Time | |
| | 6/23/2008 | 10:02 | |
| | Cust Ord # | Carrier | |
| | 341320 | 4106 | |

Bill To  19670

BUCKHEAD OIL COMPANY

00

3640 JODECO RD.

MCDONOUGH GA 30253-0000

Ship To  19671

BUCKHEAD OIL COMPANY

RACK/GA

GA

00000-0000

| Bill of Lading | Description | Gross | Net | Price | Amount | |
|---|---|---|---|---|---|---|
| 341320  GL | 404 DIESEL #2 ULTRA LOW CLEAR | | 8840 | 3.86150 | 34135.66 | |
| | 15-ppm sulfur ULSD | | | | | |
| | FX EXCISE TAX-LOW DIESEL | | 8840 | .24300 | 2148.12 | |
| | FX U S T | | 8840 | .00100 | 8.84 | |
| | FX OIL SPILL-LOW DIESEL | | 8840 | .00120 | 10.61 | |
| | GA EXCISE TAX-LOW DIESEL EXEMPT # 11078-GR | | | | | |
| | GA U S T | | 8840 | .00500 | 44.20 | |
| | GA PREPAID SALES TAX - DIESEL EXEMPT # 11078-GR | | | | | |

Effective July 16,2007 there will be a $250.00 charge for all returned
CHECKS or EFT's.

TO: PORTS PETROLEUM CO. INC.,#774042,4042 SOLUTIONS CENTER,CHICAGO IL 60677-4000

| For internal use |
|---|
| 0625 200806 |

**Payment is due**   6/30/2008   **Pay this Amount**   **$36,347.43**

The state tax, or taxes, imposed hereon has been
assumed and will be paid by Ports Petroleum Co., Inc.
on or before due date, as required by law.

Effective 07/16/07 there will be a $250
charge for all returned checks or ACH's.

A service charge of 1-1/2% per month
will be charged on all past-due balances.



| | P.O. Box 1046 Wooster, OH 44691 1-800-562-0373 | Invoice Date | Invoice Number |
|---|---|---|---|
| | | 6/23/2008 | 383573 |
| | | Ship Date | Ship Time |
| | | 6/23/2008 | 10:26 |
| | | Cust Ord # | Carrier |
| | | 341321 | 4106 |

Bill To    19670

BUCKHEAD OIL COMPANY
00
3640 JODECO RD.
MCDONOUGH GA 30253-0000

Ship To    19671

BUCKHEAD OIL COMPANY

RACK/GA
GA
00000-0000

| Bill of Lading | Description | Gross | Net | Price | Amount |
|---|---|---|---|---|---|
| 341321    GL | 405 DIESEL #2 ULTRA LOW DYED | | 1092 | 3.86650 | 4222.22 |
| | 15-ppm sulfur dyed ULSD.  Non-Road or tax  exempt use only. | | | | |
| | | | | | |
| | FX HIGHWAY TAX-DIESEL EXEMPT # * | | | | |
| | FX U S T | | 1092 | .00100 | 1.09 |
| | FX OIL SPILL-HIGH DIESEL | | 1092 | .00120 | 1.31 |
| | GA HIGHWAY TAX-DIESEL EXEMPT # 11078-GR | | | | |
| | GA U S T | | 1092 | .00500 | 5.46 |
| | GA PREPAID SALES TAX - DIESEL EXEMPT # 11078-GR | | | | |

All invoiced tax exempt fuel is purchased for:
EXEMPT USE OF A DYED PRODUCT

Effective July 16,2007 there will be a $250.00 charge for all returned
CHECKS or EFT's.

TO: PORTS PETROLEUM CO. INC.,#774042,4042 SOLUTIONS CENTER,CHICAGO IL 60677-4000

| For internal use 0625 200806 | Payment is due | 6/30/2008 | Pay this Amount | $4,230.08 |
|---|---|---|---|---|

The state tax, or taxes, imposed hereon has been assumed and will be paid by Ports Petroleum Co., Inc. on or before due date, as required by law.

Effective 07/16/07 there will be a $250 charge for all returned checks or ACH's.

A service charge of 1-1/2% per month will be charged on all past-due balances.



|  | P.O. Box 1046 Wooster, OH 44691 1-800-562-0373 | Invoice Date 6/23/2008 | Invoice Number 383574 |
|---|---|---|---|
|  |  | Ship Date 6/23/2008 | Ship Time 13:02 |
|  |  | Cust Ord # 341338 | Carrier 4106 |

Bill To   19670

BUCKHEAD OIL COMPANY
00
3640 JODECO RD.
MCDONOUGH GA 30253-0000

Ship To   19671

BUCKHEAD OIL COMPANY

RACK/GA
                    GA
00000-0000

| Bill of Lading | | Description | Gross | Net | Price | Amount |
|---|---|---|---|---|---|---|
| 341338 | GL | 404 DIESEL #2 ULTRA LOW CLEAR |  | 2681 | 3.86150 | 10352.68 |
| | | 15-ppm sulfur ULSD | | | | |
| 341338 | GL | 405 DIESEL #2 ULTRA LOW DYED | | 1559 | 3.86650 | 6027.87 |
| | | 15-ppm sulfur dyed ULSD.  Non-Road or tax  exempt use only. | | | | |
| | | FX EXCISE TAX-LOW DIESEL | | 2681 | .24300 | 651.48 |
| | | FX HIGHWAY TAX-DIESEL EXEMPT # * | | | | |
| | | FX U S T | | 4240 | .00100 | 4.24 |
| | | FX OIL SPILL-LOW DIESEL | | 2681 | .00120 | 3.22 |
| | | FX OIL SPILL-HIGH DIESEL | | 1559 | .00120 | 1.87 |
| | | GA EXCISE TAX-LOW DIESEL EXEMPT # 11078-GR | | | | |
| | | GA HIGHWAY TAX-DIESEL EXEMPT # 11078-GR | | | | |
| | | GA U S T | | 4240 | .00500 | 21.20 |
| | | GA PREPAID SALES TAX - DIESEL EXEMPT # 11078-GR | | | | |

All invoiced tax exempt fuel is purchased for:
EXEMPT USE OF A DYED PRODUCT

Effective July 16,2007 there will be a $250.00 charge for all returned
CHECKS or EFT's.

TO: PORTS PETROLEUM CO. INC.,#774042,4042 SOLUTIONS CENTER,CHICAGO IL 60677-4000

For internal use
0625 200806

**Payment is due**   6/30/2008   **Pay this Amount**   $17,062.56

The state tax, or taxes, imposed hereon has been assumed and will be paid by Ports Petroleum Co., Inc. on or before due date, as required by law.

Effective 07/16/07 there will be a $250 charge for all returned checks or ACH's.

A service charge of 1-1/2% per month will be charged on all past-due balances.



**PORTS PETROLEUM** ...*your Product &*
**CO., INC.**
**WOOSTER, OHIO**
*Price Leader*

P.O. Box 1046
Wooster, OH 44691
1-800-562-0373

| Invoice Date | Invoice Number |
|---|---|
| 6/23/2008 | 383575 |
| Ship Date | Ship Time |
| 6/23/2008 | 14:13 |
| Cust Ord # | Carrier |
| 341342 | 4106 |

Bill To   19670
BUCKHEAD OIL COMPANY
00
3640 JODECO RD.
MCDONOUGH GA 30253-0000

Ship To   19671
BUCKHEAD OIL COMPANY

RACK/GA

GA
00000-0000

| Bill of Lading | | Description | Gross | Net | Price | Amount | |
|---|---|---|---|---|---|---|---|
| 341342 | GL | 404 DIESEL #2 ULTRA LOW CLEAR | | 8765 | 3.86160 | 33846.92 | |
| | | 15-ppm sulfur ULSD | | | | | |
| | | FX EXCISE TAX-LOW DIESEL | | 8765 | .24300 | 2129.90 | |
| | | FX U S T | | 8765 | .00100 | 8.77 | |
| | | FX OIL SPILL-LOW DIESEL | | 8765 | .00120 | 10.52 | |
| | | GA EXCISE TAX-LOW DIESEL EXEMPT # 11078-GR | | | | | |
| | | GA U S T | | 8765 | .00500 | 43.83 | |
| | | GA PREPAID SALES TAX - DIESEL EXEMPT # 11078-GR | | | | | |

Effective July 16,2007 there will be a $250.00 charge for all returned
CHECKS or EFT's.

TO: PORTS PETROLEUM CO. INC.,#774042,4042 SOLUTIONS CENTER,CHICAGO IL 60677-4000

For internal use
0625 200806

**Payment is due**   6/30/2008   **Pay this Amount**   **$36,039.94**

The state tax, or taxes, imposed hereon has been
assumed and will be paid by Ports Petroleum Co., Inc.
on or before due date, as required by law.

Effective 07/16/07 there will be a $250
charge for all returned checks or ACH's.

A service charge of 1-1/2% per month
will be charged on all past-due balances.



PORTS PETROLEUM CO., INC.
WOOSTER, OHIO
...your Product & Price Leader

P.O. Box 1046
Wooster, OH 44691
1-800-562-0373

| Invoice Date | Invoice Number |
|---|---|
| 6/23/2008 | 383576 |
| Ship Date | Ship Time |
| 6/23/2008 | 22:12 |
| Cust Ord # | Carrier |
| 341389 | 4106 |

Bill To    19870
BUCKHEAD OIL COMPANY
00
3640 JODECO RD.
MCDONOUGH GA 30253-0000

Ship To    19671
BUCKHEAD OIL COMPANY

RACK/GA
GA
00000-0000

| Bill of Lading | | Description | Gross | Net | Price | Amount |
|---|---|---|---|---|---|---|
| 341389 | GL | 405 DIESEL #2 ULTRA LOW DYED | | 4211 | 3.88950 | 16378.68 |

15-ppm sulfur dyed ULSD.  Non-Road or tax  exempt use only.

FX HIGHWAY TAX-DIESEL EXEMPT # *

| | | | | | |
|---|---|---|---|---|---|
| FX U S T | | 4211 | .00100 | 4.21 |
| FX OIL SPILL-HIGH DIESEL | | 4211 | .00120 | 5.05 |

GA HIGHWAY TAX-DIESEL EXEMPT # 11078-GR

| GA U S T | | 4211 | .00500 | 21.06 |

GA PREPAID SALES TAX - DIESEL EXEMPT # 11078-GR

All invoiced tax exempt fuel is purchased for:
EXEMPT USE OF A DYED PRODUCT

Effective July 16,2007 there will be a $250.00 charge for all returned
CHECKS or EFT's.

TO: PORTS PETROLEUM CO. INC.,#774042,4042 SOLUTIONS CENTER,CHICAGO IL 60677-4000

For internal use
0625 200806

Payment is due    6/30/2008    Pay this Amount    $16,409.00

The state tax, or taxes, imposed hereon has been
assumed and will be paid by Ports Petroleum Co., Inc.
on or before due date, as required by law.

Effective 07/16/07 there will be a $250
charge for all returned checks or ACH's.

A service charge of 1-1/2% per month
will be charged on all past-due balances.



| | | P.O. Box 1046<br>Wooster, OH 44691<br>1-800-562-0373 | Invoice Date<br>6/24/2008 | Invoice Number<br>383636 |
|---|---|---|---|---|
| | | | Ship Date<br>6/24/2008 | Ship Time<br>1:17 |
| | | | Cust Ord #<br>341400 | Carrier<br>4106 |

Bill To   19670

BUCKHEAD OIL COMPANY
00
3640 JODECO RD.
MCDONOUGH GA 30253-0000

Ship To   19671

BUCKHEAD OIL COMPANY

RACK/GA
                    GA
00000-0000

| Bill of Lading | Description | Gross | Net | Price | Amount |
|---|---|---|---|---|---|
| 341400   GL | 405 DIESEL #2 ULTRA LOW DYED | | 3079 | 3.88950 | 11975.77 |
| | 15-ppm sulfur dyed ULSD.   Non-Road or tax  exempt use only. | | | | |
| | | | | | |
| | FX HIGHWAY TAX-DIESEL EXEMPT # * | | | | |
| | FX U S T | | 3079 | .00100 | 3.08 |
| | FX OIL SPILL-HIGH DIESEL | | 3079 | .00120 | 3.69 |
| | GA HIGHWAY TAX-DIESEL EXEMPT # 11078-GR | | | | |
| | GA U S T | | 3079 | .00500 | 15.40 |
| | GA PREPAID SALES TAX - DIESEL EXEMPT # 11078-GR | | | | |

All invoiced tax exempt fuel is purchased for:
EXEMPT USE OF A DYED PRODUCT

Effective July 16,2007 there will be a $250.00 charge for all returned
CHECKS or EFT's.

TO: PORTS PETROLEUM CO. INC.,#774042,4042 SOLUTIONS CENTER,CHICAGO IL 60677-4000

| For internal use<br>0625 200806 | **Payment is due** | 7/1/2008 | **Pay this Amount** | **$11,997.94** |
|---|---|---|---|---|

The state tax, or taxes, imposed hereon has been
assumed and will be paid by Ports Petroleum Co., Inc.
on or before due date, as required by law.

Effective 07/16/07 there will be a $250
charge for all returned checks or ACH's.

A service charge of 1-1/2% per month
will be charged on all past-due balances.



**PORTS PETROLEUM CO., INC.**
WOOSTER, OHIO
...*your Product & Price Leader*

P.O. Box 1046
Wooster, OH 44691
1-800-562-0373

| Invoice Date | Invoice Number |
|---|---|
| 6/24/2008 | 383637 |
| Ship Date | Ship Time |
| 6/24/2008 | 4:22 |
| Cust Ord # | Carrier |
| 341417 | 4106 |

Bill To   19670

BUCKHEAD OIL COMPANY
00
3640 JODECO RD.
MCDONOUGH GA 30253-0000

Ship To   19671

BUCKHEAD OIL COMPANY

RACK/GA
GA
00000-0000

| Bill of Lading | | Description | Gross | Net | Price | Amount |
|---|---|---|---|---|---|---|
| 341417 | GL | 404 DIESEL #2 ULTRA LOW CLEAR | | 1609 | 3.88450 | 6250.16 |
| | | 15-ppm sulfur ULSD | | | | |
| 341417 | GL | 405 DIESEL #2 ULTRA LOW DYED | | 2444 | 3.88950 | 9505.94 |
| | | 15-ppm sulfur dyed ULSD.  Non-Road or tax  exempt use only. | | | | |
| | | FX EXCISE TAX-LOW DIESEL | | 1609 | .24300 | 390.99 |
| | | FX HIGHWAY TAX-DIESEL EXEMPT # * | | | | |
| | | FX U S T | | 4053 | .00100 | 4.05 |
| | | FX OIL SPILL-LOW DIESEL | | 1609 | .00120 | 1.93 |
| | | FX OIL SPILL-HIGH DIESEL | | 2444 | .00120 | 2.93 |
| | | GA EXCISE TAX-LOW DIESEL EXEMPT # 11078-GR | | | | |
| | | GA HIGHWAY TAX-DIESEL EXEMPT # 11078-GR | | | | |
| | | GA U S T | | 4053 | .00500 | 20.27 |
| | | GA PREPAID SALES TAX - DIESEL EXEMPT # 11078-GR | | | | |

All invoiced tax exempt fuel is purchased for:
EXEMPT USE OF A DYED PRODUCT

Effective July 16,2007 there will be a $250.00 charge for all returned
CHECKS or EFT's.

TO: PORTS PETROLEUM CO. INC.,#774042,4042 SOLUTIONS CENTER,CHICAGO IL 60677-4000

| For internal use
0625 200806 | **Payment is due** | 7/1/2008 | **Pay this Amount** | **$16,176.27** |
|---|---|---|---|---|

The state tax, or taxes, imposed hereon has been
assumed and will be paid by Ports Petroleum Co., Inc.
on or before due date, as required by law.

Effective 07/16/07 there will be a $250
charge for all returned checks or ACH's.

A service charge of 1-1/2% per month
will be charged on all past-due balances.



**PORTS PETROLEUM CO., INC.** WOOSTER, OHIO ...*your Product & Price Leader*

P.O. Box 1046
Wooster, OH 44691
1-800-562-0373

| Invoice Date | Invoice Number |
|---|---|
| 6/24/2008 | 383638 |
| Ship Date | Ship Time |
| 6/24/2008 | 5:03 |
| Cust Ord # | Carrier |
| 341422 | 4106 |

Bill To   19670

BUCKHEAD OIL COMPANY
00
3640 JODECO RD.
MCDONOUGH GA 30253-0000

Ship To   19671

BUCKHEAD OIL COMPANY

RACK/GA

GA

00000-0000

| Bill of Lading | | Description | Gross | Net | Price | Amount |
|---|---|---|---|---|---|---|
| 341422 | GL | 404 DIESEL #2 ULTRA LOW CLEAR | | 1125 | 3.88450 | 4370.06 |
| | | 15-ppm sulfur ULSD | | | | |
| 341422 | GL | 405 DIESEL #2 ULTRA LOW DYED | | 2682 | 3.88950 | 10431.64 |
| | | 15-ppm sulfur dyed ULSD.  Non-Road or tax  exempt use only. | | | | |
| | | FX EXCISE TAX-LOW DIESEL | | 1125 | .24300 | 273.38 |
| | | FX HIGHWAY TAX-DIESEL EXEMPT # * | | | | |
| | | FX U S T | | 3807 | .00100 | 3.81 |
| | | FX OIL SPILL-LOW DIESEL | | 1125 | .00120 | 1.35 |
| | | FX OIL SPILL-HIGH DIESEL | | 2682 | .00120 | 3.22 |
| | | GA EXCISE TAX-LOW DIESEL EXEMPT # 11078-GR | | | | |
| | | GA HIGHWAY TAX-DIESEL EXEMPT # 11078-GR | | | | |
| | | GA U S T | | 3807 | .00500 | 19.04 |
| | | GA PREPAID SALES TAX - DIESEL EXEMPT # 11078-GR | | | | |

All invoiced tax exempt fuel is purchased for:
EXEMPT USE OF A DYED PRODUCT

Effective July 16,2007 there will be a $250.00 charge for all returned
CHECKS or EFT's.

TO: PORTS PETROLEUM CO. INC.,#774042,4042 SOLUTIONS CENTER,CHICAGO IL 60677-4000

For internal use
0625 200806

**Payment is due**   7/1/2008   **Pay this Amount**   **$15,102.50**

The state tax, or taxes, imposed hereon has been
assumed and will be paid by Ports Petroleum Co., Inc.
on or before due date, as required by law.

Effective 07/16/07 there will be a $250
charge for all returned checks or ACH's.

A service charge of 1-1/2% per month
will be charged on all past-due balances.



| | P.O. Box 1046 | Invoice Date | Invoice Number |
|---|---|---|---|
| | Wooster, OH 44691 | 6/24/2008 | 383639 |
| | 1-800-562-0373 | Ship Date | Ship Time |
| | | 6/24/2008 | 5:03 |
| | | Cust Ord # | Carrier |
| | | 341423 | 4106 |

Bill To    19670

BUCKHEAD OIL COMPANY
00
3640 JODECO RD.
MCDONOUGH GA 30253-0000

Ship To  19671

BUCKHEAD OIL COMPANY

RACK/GA

GA

00000-0000

| Bill of Lading | Description | Gross | Net | Price | Amount |
|---|---|---|---|---|---|
| 341423   GL | 404 DIESEL #2  ULTRA LOW CLEAR | | 8815 | 3.88450 | 34241.87 |
| | 15-ppm sulfur ULSD | | | | |
| | | | | | |
| | FX EXCISE TAX-LOW DIESEL | | 8815 | .24300 | 2142.05 |
| | FX U S T | | 8815 | .00100 | 8.82 |
| | FX OIL SPILL-LOW DIESEL | | 8815 | .00120 | 10.58 |
| | GA EXCISE TAX-LOW DIESEL EXEMPT # 11078-GR | | | | |
| | GA U S T | | 8815 | .00500 | 44.08 |
| | GA PREPAID SALES TAX - DIESEL EXEMPT # 11078-GR | | | | |

Effective July 16,2007 there will be a $250.00 charge for all returned
CHECKS or EFT's.

TO: PORTS PETROLEUM CO. INC.,#774042,4042 SOLUTIONS CENTER,CHICAGO IL 60677-4000

| For internal use | Payment is due | 7/1/2008 | Pay this Amount | $36,447.40 |
|---|---|---|---|---|
| 0625 200806 | | | | |

The state tax, or taxes, imposed hereon has been
assumed and will be paid by Ports Petroleum Co., Inc.
on or before due date, as required by law.

Effective 07/16/07 there will be a $250
charge for all returned checks or ACH's.

A service charge of 1-1/2% per month
will be charged on all past-due balances.



PORTS PETROLEUM ...your **Product** & **Price Leader**
CO., INC.
WOOSTER, OHIO

P.O. Box 1046
Wooster, OH 44691
1-800-562-0373

| Invoice Date | Invoice Number |
|---|---|
| 6/24/2008 | 383640 |
| Ship Date | Ship Time |
| 6/24/2008 | 10:45 |
| Cust Ord # | Carrier |
| 341467 | 4106 |

Bill To    19670
BUCKHEAD OIL COMPANY
00
3640 JODECO RD.
MCDONOUGH GA 30253-0000

Ship To    19671
BUCKHEAD OIL COMPANY

RACK/GA
GA
00000-0000

| Bill of Lading | | Description | Gross | Net | Price | Amount | |
|---|---|---|---|---|---|---|---|
| 341467 | GL | 404 DIESEL #2 ULTRA LOW CLEAR | | 8828 | 3.88450 | 34292.37 | |
| | | 15-ppm sulfur ULSD | | | | | |
| | | FX EXCISE TAX-LOW DIESEL | | 8828 | .24300 | 2145.20 | |
| | | FX U S T | | 8828 | .00100 | 8.83 | |
| | | FX OIL SPILL-LOW DIESEL | | 8828 | .00120 | 10.59 | |
| | | GA EXCISE TAX-LOW DIESEL EXEMPT # 11078-GR | | | | | |
| | | GA U S T | | 8828 | .00500 | 44.14 | |
| | | GA PREPAID SALES TAX - DIESEL EXEMPT # 11078-GR | | | | | |

Effective July 16,2007 there will be a $250.00 charge for all returned
CHECKS or EFT's.

TO: PORTS PETROLEUM CO. INC.,#774042,4042 SOLUTIONS CENTER,CHICAGO IL 60677-4000

For internal use
0625 200806

**Payment is due**    7/1/2008    **Pay this Amount**    $38,501.13

The state tax, or taxes, imposed hereon has been
assumed and will be paid by Ports Petroleum Co., Inc.
on or before due date, as required by law.

Effective 07/16/07 there will be a $250
charge for all returned checks or ACH's.

A service charge of 1-1/2% per month
will be charged on all past-due balances.



| | P.O. Box 1046<br>Wooster, OH 44691<br>1-800-562-0373 | Invoice Date<br>6/25/2008 | Invoice Number<br>383788 |
|---|---|---|---|
| | | Ship Date<br>6/25/2008 | Ship Time<br>20:13 |
| | | Cust Ord #<br>341717 | Carrier<br>4106 |

Bill To  19670

BUCKHEAD OIL COMPANY
0
3640 JODECO RD.
MCDONOUGH GA 30253-0000

Ship To  19671

BUCKHEAD OIL COMPANY

RACK/GA

GA

00000-0000

| Bill of Lading | Description | Gross | Net | Price | Amount |
|---|---|---|---|---|---|
| 341717    GL | 405 DIESEL #2 ULTRA LOW DYED | | 1551 | 3.84700 | 5966.70 |
| | 15-ppm sulfur dyed ULSD.   Non-Road or tax   exempt use only. | | | | |
| | | | | | |
| | FX HIGHWAY TAX-DIESEL EXEMPT # * | | | | |
| | FX U S T | | 1551 | .00100 | 1.55 |
| | FX OIL SPILL-HIGH DIESEL | | 1551 | .00120 | 1.86 |
| | GA HIGHWAY TAX-DIESEL EXEMPT # 11078-GR | | | | |
| | GA U S T | | 1551 | .00500 | 7.76 |
| | GA PREPAID SALES TAX - DIESEL EXEMPT # 11078-GR | | | | |

All invoiced tax exempt fuel is purchased for:
EXEMPT USE OF A DYED PRODUCT

Effective July 16,2007 there will be a $250.00 charge for all returned
CHECKS or EFT's.

TO: PORTS PETROLEUM CO. INC.,#774042,4042 SOLUTIONS CENTER,CHICAGO IL 60677-4000

| For internal use<br>0626 200806 | **Payment is due** | 7/2/2008 | **Pay this Amount** | **$5,977.87** |
|---|---|---|---|---|

The state tax, or taxes, imposed hereon has been
assumed and will be paid by Ports Petroleum Co., Inc.
on or before due date, as required by law.

Effective 07/16/07 there will be a $250
charge for all returned checks or ACH's.

A service charge of 1-1/2% per month
will be charged on all past-due balances.



P.O. Box 1046
Wooster, OH 44691
1-800-562-0373

| Invoice Date | Invoice Number |
|---|---|
| 6/26/2008 | 383909 |
| Ship Date | Ship Time |
| 6/26/2008 | :36 |
| Cust Ord # | Carrier |
| 341738 | 4106 |

Bill To   19670

BUCKHEAD OIL COMPANY
00
3640 JODECO RD.   00
MCDONOUGH GA 30253-0000

Ship To   19671

BUCKHEAD OIL COMPANY

RACK/GA

GA
00000-0000

| Bill of Lading | Description | Gross | Net | Price | Amount |
|---|---|---|---|---|---|
| 341738   GL | 405 DIESEL #2 ULTRA LOW DYED | | 8817 | 3.95500 | 34871.24 |
| | 15-ppm sulfur dyed ULSD.   Non-Road or tax  exempt use only. | | | | |
| | | | | | |
| | FX HIGHWAY TAX-DIESEL EXEMPT # * | | | | |
| | FX U S T | | 8817 | .00100 | 8.82 |
| | FX OIL SPILL-HIGH DIESEL | | 8817 | .00120 | 10.58 |
| | GA HIGHWAY TAX-DIESEL EXEMPT # 11078-GR | | | | |
| | GA U S T | | 8817 | .00500 | 44.09 |
| | GA PREPAID SALES TAX - DIESEL EXEMPT # 11078-GR | | | | |

All invoiced tax exempt fuel is purchased for:
EXEMPT USE OF A DYED PRODUCT

Effective July 16,2007 there will be a $250.00 charge for all returned
CHECKS or EFT's.

TO: PORTS PETROLEUM CO. INC.,#774042,4042 SOLUTIONS CENTER,CHICAGO IL 60677-4000

| For internal use 0627 200806 | **Payment is due** | 7/3/2008 | **Pay this Amount** | **$34,934.73** |
|---|---|---|---|---|

The state tax, or taxes, imposed hereon has been
assumed and will be paid by Ports Petroleum Co., Inc.
on or before due date, as required by law.

Effective 07/16/07 there will be a $250
charge for all returned checks or ACH's.

A service charge of 1-1/2% per month
will be charged on all past-due balances.



P.O. Box 1046
Wooster, OH 44691
1-800-562-0373

| Invoice Date | Invoice Number |
|---|---|
| 6/26/2008 | 383910 |
| Ship Date | Ship Time |
| 6/26/2008 | :54 |
| Cust Ord # | Carrier |
| 341743 | 4106 |

Bill To    19670
BUCKHEAD OIL COMPANY
00
3640 JODECO RD.    00
MCDONOUGH GA 30253-0000

Ship To    19671
BUCKHEAD OIL COMPANY

RACK/GA
GA
00000-0000

| Bill of Lading | Description | Gross | Net | Price | Amount |
|---|---|---|---|---|---|
| 341743   GL | 405 DIESEL #2 ULTRA LOW DYED | | 4239 | 3.95500 | 16765.25 |

15-ppm sulfur dyed ULSD.  Non-Road or tax  exempt use only.

| | | | | |
|---|---|---|---|---|
| FX HIGHWAY TAX-DIESEL EXEMPT # * | | | | |
| FX U S T | | 4239 | .00100 | 4.24 |
| FX OIL SPILL-HIGH DIESEL | | 4239 | .00120 | 5.09 |
| GA HIGHWAY TAX-DIESEL EXEMPT # 11078-GR | | | | |
| GA U S T | | 4239 | .00500 | 21.20 |
| GA PREPAID SALES TAX - DIESEL EXEMPT # 11078-GR | | | | |

All invoiced tax exempt fuel is purchased for:
EXEMPT USE OF A DYED PRODUCT

Effective July 16,2007 there will be a $250.00 charge for all returned
CHECKS or EFT's.

TO: PORTS PETROLEUM CO. INC.,#774042,4042 SOLUTIONS CENTER,CHICAGO IL 60677-4000

| For internal use 0627 200806 | Payment is due | 7/3/2008 | Pay this Amount | $16,795.78 |
|---|---|---|---|---|

The state tax, or taxes, imposed hereon has been
assumed and will be paid by Ports Petroleum Co., Inc.
on or before due date, as required by law.

Effective 07/16/07 there will be a $250
charge for all returned checks or ACH's.

A service charge of 1-1/2% per month
will be charged on all past-due balances.



| | | P.O. Box 1046 | Invoice Date | Invoice Number |
| | | Wooster, OH 44691 | 6/30/2008 | 384624 |
| | | 1-800-562-0373 | Ship Date | Ship Time |
| | | | 6/30/2008 | 15:53 |
| | | | Cust Ord # | Carrier |
| | | | 577224 | 4106 |

Bill To     19670

    BUCKHEAD OIL COMPANY
           00
    3640 JODECO RD.   00
    MCDONOUGH GA 30253-0000

Ship To     19671

    BUCKHEAD OIL COMPANY

    RACK/GA

                GA
    00000-0000

| Bill of Lading | Description | Gross | Net | Price | Amount |
|---|---|---|---|---|---|
| 577224   GL | 404 DIESEL #2 ULTRA LOW CLEAR | | 4363 | 4.96000 | 21640.48 |
| | 15-ppm sulfur ULSD | | | | |
| | | | | | |
| | FX EXCISE TAX-LOW DIESEL | | 4363 | .24300 | 1060.21 |
| | FX U S T | | 4363 | .00100 | 4.36 |
| | FX OIL SPILL-LOW DIESEL | | 4363 | .00120 | 5.24 |
| | GA EXCISE TAX-LOW DIESEL EXEMPT # 11078-GR | | | | |
| | GA U S T | | 4363 | .00500 | 21.82 |
| | GA PREPAID SALES TAX - DIESEL EXEMPT # 11078-GR | | | | |

Effective July 16,2007 there will be a $250.00 charge for all returned
CHECKS or EFT's.

TO: PORTS PETROLEUM CO. INC.,#774042,4042 SOLUTIONS CENTER,CHICAGO IL 60677-4000

| For internal use
0707 200806 | **Payment is due** | 7/7/2008 | **Pay this Amount** | $22,732.11 |
|---|---|---|---|---|

The state tax, or taxes, imposed hereon has been
assumed and will be paid by Ports Petroleum Co., Inc.
on or before due date, as required by law.

Effective 07/16/07 there will be a $250
charge for all returned checks or ACH's.

A service charge of 1-1/2% per month
will be charged on all past-due balances.



| | | P.O. Box 1046<br>Wooster, OH 44691<br>1-800-562-0373 | Invoice Date<br>6/30/2008 | Invoice Number<br>384625 |
|---|---|---|---|---|
| | | | Ship Date<br>6/30/2008 | Ship Time<br>20:03 |
| | | | Cust Ord #<br>577241 | Carrier<br>4106 |

Bill To    19670

BUCKHEAD OIL COMPANY
00
3640 JODECO RD.    00
MCDONOUGH GA 30253-0000

Ship To    19671

BUCKHEAD OIL COMPANY

RACK/GA
                                    GA
00000-0000

| Bill of Lading | Description | Gross | Net | Price | Amount | |
|---|---|---|---|---|---|---|
| 577241   GL | 404 DIESEL #2 ULTRA LOW CLEAR | | 1953 | 4.96000 | 9686.88 | |
| | 15-ppm sulfur ULSD | | | | | |
| | FX EXCISE TAX-LOW DIESEL | | 1953 | .24300 | 474.58 | |
| | FX U S T | | 1953 | .00100 | 1.95 | |
| | FX OIL SPILL-LOW DIESEL | | 1953 | .00120 | 2.34 | |
| | GA EXCISE TAX-LOW DIESEL EXEMPT # 11078-GR | | | | | |
| | GA U S T | | 1953 | .00500 | 9.77 | |
| | GA PREPAID SALES TAX - DIESEL EXEMPT # 11078-GR | | | | | |

Effective July 16,2007 there will be a $250.00 charge for all returned
CHECKS or EFT's.

TO: PORTS PETROLEUM CO. INC.,#774042,4042 SOLUTIONS CENTER,CHICAGO IL 60677-4000

| For internal use<br>0707 200806 | Payment is due | 7/7/2008 | Pay this Amount | $10,175.52 |
|---|---|---|---|---|

The state tax, or taxes, imposed hereon has been
assumed and will be paid by Ports Petroleum Co., Inc.
on or before due date, as required by law.

Effective 07/16/07 there will be a $250
charge for all returned checks or ACH's.

A service charge of 1-1/2% per month
will be charged on all past-due balances.

# PORTS PETROLEUM ... your Product & Price Leader
CO., INC.
WOOSTER, OHIO

P.O. Box 1046
Wooster, OH 44691
1-800-562-0373

| Invoice Date | Invoice Number |
|---|---|
| 7/1/2008 | 384451 |
| Ship Date | Ship Time |
| 7/1/2008 | 15:02 |
| Cust Ord # | Carrier |
| 342494 | 4106 |

Bill To   19670

BUCKHEAD OIL COMPANY
00
3640 JODECO RD.       00
MCDONOUGH GA 30253-0000

Ship To   19671

BUCKHEAD OIL COMPANY

RACK/GA
GA
00000-0000

| Bill of Lading | | Description | Gross | Net | Price | Amount |
|---|---|---|---|---|---|---|
| 342494 | GL | 404 DIESEL #2 ULTRA LOW CLEAR | | 943 | 4.28000 | 4036.04 |
| | | 15-ppm sulfur ULSD | | | | |
| 342494 | GL | 405 DIESEL #2 ULTRA LOW DYED | | 1290 | 4.28500 | 5527.65 |
| | | 15-ppm sulfur dyed ULSD.  Non-Road or tax  exempt use only. | | | | |
| | | FX EXCISE TAX-LOW DIESEL | | 943 | .24300 | 229.15 |
| | | FX HIGHWAY TAX-DIESEL EXEMPT # * | | | | |
| | | FX U S T | | 2233 | .00100 | 2.23 |
| | | FX OIL SPILL-LOW DIESEL | | 943 | .00120 | 1.13 |
| | | FX OIL SPILL-HIGH DIESEL | | 1290 | .00120 | 1.55 |
| | | GA EXCISE TAX-LOW DIESEL EXEMPT # 11078-GR | | | | |
| | | GA HIGHWAY TAX-DIESEL EXEMPT # 11078-GR | | | | |
| | | GA U S T | | 2233 | .00500 | 11.17 |
| | | GA PREPAID SALES TAX - DIESEL EXEMPT # 11078-GR | | | | |

All invoiced tax exempt fuel is purchased for:
EXEMPT USE OF A DYED PRODUCT

Effective July 16,2007 there will be a $250.00 charge for all returned
CHECKS or EFT's.

TO: PORTS PETROLEUM CO. INC.,#774042,4042 SOLUTIONS CENTER,CHICAGO IL 60677-4000

For internal use
0702 200807

Payment is due   7/8/2008   Pay this Amount   $9,808.92

The state tax, or taxes, imposed hereon has been
assumed and will be paid by Ports Petroleum Co., Inc.
on or before due date, as required by law.

Effective 07/16/07 there will be a $250
charge for all returned checks or ACH's.

A service charge of 1-1/2% per month
will be charged on all past-due balances.

# EXHIBIT

## "5"

# FD&M

## FRIEDMAN, DEVER & MERLIN, LLC

ATTORNEYS AT LAW

5555 GLENRIDGE CONNECTOR, NE
SUITE 925, GLENRIDGE HIGHLANDS
ATLANTA, GEORGIA 30342-4728
TELEPHONE    404.236.8600
TELECOPIER    404.236.8601
direct dial:  404 236 8612
email:  gdame@fdmlaw.com

July 16, 2008

**VIA REGULAR FIRST CLASS MAIL,**
**ELECTRONIC MAIL, HAND-DELIVERY**
**and FACSIMILE**
Tamara Miles Ogier, Esq.
Ellenberg, Ogier, Rothschild & Rosenfeld, P.C.
170 Mitchell Street, SW
Atlanta, Georgia  30303
*tmo@eorrlaw.com*
*Facsimile: (404)526-8855*

>    Re:    Ports Petroleum Company, Inc.
>            Chapter 11; Case No 08-72829-REB
>            FD&M File No. 842.1108

Dear Ms. Ogier:

The undersigned represents Ports Petroleum Company, Inc. ("Ports"), relative to the debt owed to it by Debtor in the above-referenced bankruptcy proceeding. Pursuant to O.C.G.A. § 11-2-702, Ports hereby demands that Buckhead Oil Company, Inc. ("Buckhead") immediately segregate and return to Ports all fuel which was delivered to Buckhead but was not paid for under the attached summary of invoices.

In the event that Buckhead fails to immediately segregate and return the fuel, Ports may exercise its rights under Georgia law and the Bankruptcy Code to compel Buckhead's compliance with this demand. Ports specifically reserves the right to pursue such other and further remedies against Buckhead as are permitted by Georgia law and the Bankruptcy Code.

Sincerely yours,

Genevieve Dame

Genevieve H. Dame

GHD:ghd
enclosures
cc:    Ports Petroleum Company, Inc.



## FRIEDMAN, DEVER & MERLIN, LLC

Suite 925, Glenridge Highlands, 5555 Glenridge Connector, NE, Atlanta, GA 30342-4728
404/236-8600 telephone                                          404/236-8601 telecopier

# Telecopy

| **To:** | Tamara Miles Ogier, Esq. | **From:** | Genevieve H. Dame, Esq. |
|---|---|---|---|
| **Fax:** | (404)526-8855 | **Pages:** | |
| **Re:** | Ports Petroleum Company, Inc. Chapter 11; Case No 08-72829-REB FD&M File No. 842.1108 | **Date:** | July 16, 2008 |
| **CC:** | | **Time:** | |

□ **Urgent**      □ **For Review**      □ **Please Comment**      □ **Please Reply**

### CONFIDENTIALITY NOTICE

The information contained in this facsimile message is legally privileged and confidential information, which is addressed to and intended only for the use of the person identified below. If the reader of this message is not the intended recipient or the designated agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this message is strictly prohibited. If you have received this message in error, please notify us immediately by telephone so that we can arrange return of the original message. Thank you for your cooperation.

If there is any difficulty with this transmission, please call (404) 236-8600.

**HP LaserJet** *3050*

# Fax Call Report

HP LASERJET FAX

Jul-16-2008  10:27AM

| Job | Date | Time | Type | Identification | Duration | Pages | Result |
|-----|------|------|------|----------------|----------|-------|--------|
| 415 | 7/16/2008 | 10:26:39AM | Send | 94045268855 | 0:44 | 2 | OK |



F D
& M

FRIEDMAN, DEVER & MERLIN, LLC

Suite #25, Glenridge Highlands, 5555 Glenridge Connector, NE, Atlanta, GA 30342-4728
404/236-8600 telephone                                404/236-8601 telecopier

## Telecopy

| To: | Tamara Miles Ogier, Esq. | From: | Genevieve H. Dame, Esq. |
|-----|--------------------------|-------|--------------------------|
| Fax: | (404)526-8855 | Pages: | 2 |
| Re: | Ports Petroleum Company, Inc. Chapter 11; Case No 08-72829-REB FD&M File No. 842.1108 | Date: | July 16, 2008 |
| CC: | | Time: | |

☐ Urgent      ☐ For Review      ☐ Please Comment      ☐ Please Reply

CONFIDENTIALITY NOTICE

The information contained in this facsimile message is legally privileged and confidential information, which is
addressed to and intended only for the use of the person identified below. If the reader of this message is not the intended
recipient or the designated agent responsible for delivering this message to the intended recipient, you are hereby notified that
any dissemination, distribution or copying of this message is strictly prohibited. If you have received this message in error,
please notify us immediately by telephone so that we can arrange return of the original message. Thank you for your
cooperation.

If there is any difficulty with this transmission, please call (404) 236-8600.

## Holly Belcher

| From: | Holly Belcher |
|---|---|
| Sent: | Wednesday, July 16, 2008 10:40 AM |
| To: | 'tmo@eorrlaw.com' |
| Cc: | Genevieve Dame |
| Subject: | Ports Petroleum Company, Inc. |

**Attachments:** 31327.pdf

Please see attached.



**Holly Belcher**
Legal Assistant
hbelcher@fdmlaw.com

Tel: 404.236.8616
Fax: 404.236.8617

**Friedman, Dever & Merlin, LLC**
5555 Glenridge Connector, NE
Suite 925
Atlanta, Georgia 30342-4728

HOME   VCARD

WARNING: This message and any attached documents may contain CONFIDENTIAL AND PRIVILEGED information, such as an attorney-client communication, and is intended only for the originally named recipient(s). If you are not the original, intended recipient, immediately forward the message back to the sender and delete it from your system and server. Be aware that any disclosure, copying, distribution or use of the contents of this information is strictly prohibited and may not be used for any purpose.

If you are not the intended recipient and intentionally intercept or forward this message to someone else, you may be subject to criminal and/or civil penalties. See 18 U.S.C. 2511 et seq.

# FD
# &M
FRIEDMAN,
DEVER &
MERLIN, LLC
ATTORNEYS AT LAW

5555 GLENRIDGE CONNECTOR, NE
SUITE 925, GLENRIDGE HIGHLANDS
ATLANTA, GEORGIA 30342-4728
TELEPHONE    404.236.8600
TELECOPIER   404.236.8601
direct dial:  404 236 8612
email: gdame@fdmlaw.com

July 16, 2008

**VIA REGULAR FIRST CLASS MAIL,**
**ELECTRONIC MAIL, HAND-DELIVERY**
**and FACSIMILE**
Tamara Miles Ogier, Esq.
Ellenberg, Ogier, Rothschild & Rosenfeld, P.C.
170 Mitchell Street, SW
Atlanta, Georgia  30303
*tmo@eorrlaw.com*
*Facsimile: (404)526-8855*

      Re:    Ports Petroleum Company, Inc.
              Chapter 11; Case No 08-72829-REB
              FD&M File No. 842.1108

Dear Ms. Ogier:

      The undersigned represents Ports Petroleum Company, Inc. ("Ports"), relative to the debt owed to it by Debtor in the above-referenced bankruptcy proceeding. Pursuant to O.C.G.A. § 11-2-702, Ports hereby demands that Buckhead Oil Company, Inc. ("Buckhead") immediately segregate and return to Ports all fuel which was delivered to Buckhead but was not paid for under the attached summary of invoices.

      In the event that Buckhead fails to immediately segregate and return the fuel, Ports may exercise its rights under Georgia law and the Bankruptcy Code to compel Buckhead's compliance with this demand. Ports specifically reserves the right to pursue such other and further remedies against Buckhead as are permitted by Georgia law and the Bankruptcy Code.

                        Sincerely yours,

                        Genevieve Dame

                        Genevieve H. Dame

GHD:ghd
enclosures
cc:    Ports Petroleum Company, Inc.



P.O. Box 1046
1337 Blachleyville Road
Wooster, Ohio 44691
(330) 264-1885

BUCKHEAD OIL COMPANY

| DATE | INVOICE # | DOLLAR AMOUNT |
|------|-----------|---------------|
| 6/17/2008 | 383894 | $ 36,468.78 |
| 6/17/2008 | 383895 | $ 12,186.72 |
| 6/18/2008 | 384167 | $ 18,091.69 |
| 6/19/2008 | 383359 | $ 11,051.91 |
| 6/19/2008 | 383360 | $ 34,848.42 |
| 6/19/2008 | 383361 | $ 34,832.64 |
| 6/20/2008 | 383341 | $ 13,769.33 |
| 6/20/2008 | 383342 | $ 9,090.14 |
| 6/20/2008 | 383343 | $ 8,204.82 |
| 6/20/2008 | 383344 | $ 2,767.30 |
| 6/20/2008 | 383345 | $ 33,111.52 |
| 6/21/2008 | 383362 | $ 36,351.54 |
| 6/21/2008 | 383363 | $ 16,470.97 |
| 6/21/2008 | 383364 | $ 34,251.25 |
| 6/21/2008 | 383365 | $ 16,470.97 |
| 6/21/2008 | 383366 | $ 34,251.25 |
| 6/21/2008 | 383367 | $ 16,625.61 |
| 6/21/2008 | 383368 | $ 17,964.02 |
| 6/21/2008 | 383369 | $ 17,429.51 |
| 6/21/2008 | 383370 | $ 17,968.13 |
| 6/21/2008 | 383371 | $ 17,314.37 |
| 6/22/2008 | 383346 | $ 17,968.13 |
| 6/22/2008 | 383347 | $ 17,314.79 |
| 6/22/2008 | 383348 | $ 17,339.05 |
| 6/22/2008 | 383349 | $ 34,061.44 |
| 6/22/2008 | 383350 | $ 16,470.97 |
| 6/22/2008 | 383351 | $ 36,125.40 |
| 6/22/2008 | 383352 | $ 16,509.70 |
| 6/22/2008 | 383353 | $ 17,968.13 |
| 6/22/2008 | 383354 | $ 36,137.74 |
| 6/22/2008 | 383355 | $ 16,924.20 |
| 6/22/2008 | 383356 | $ 36,117.17 |
| 6/22/2008 | 383357 | $ 17,306.15 |
| 6/22/2008 | 383358 | $ 16,312.15 |
| 6/23/2008 | 383569 | $ 16,316.02 |
| 6/23/2008 | 383570 | $ 16,935.82 |
| 6/23/2008 | 383571 | $ 36,326.88 |
| 6/23/2008 | 383572 | $ 36,347.43 |

| | | | |
|---|---|---|---|
| 6/23/2008 | 383573 | $ | 4,230.08 |
| 6/23/2008 | 383574 | $ | 17,062.56 |
| 6/23/2008 | 383575 | $ | 36,039.94 |
| 6/23/2008 | 383576 | $ | 16,409.00 |
| 6/24/2008 | 383636 | $ | 11,997.94 |
| 6/24/2008 | 383637 | $ | 16,176.27 |
| 6/24/2008 | 383638 | $ | 15,102.50 |
| 6/24/2008 | 383639 | $ | 36,447.40 |
| 6/24/2008 | 383640 | $ | 36,501.13 |
| 6/25/2008 | 383788 | $ | 5,977.87 |
| 6/26/2008 | 383909 | $ | 34,934.73 |
| 6/26/2008 | 383910 | $ | 16,795.78 |
| 6/30/2008 | 384624 | $ | 22,732.11 |
| 6/30/2008 | 384625 | $ | 10,175.52 |
| 6/30/2008 * | 384859 | $ | 16,664.00 |
| 6/30/2008 * | 384860 | $ | 11,500.00 |
| 7/1/2008 | 384451 | $ | 9,808.92 |
| 7/1/2008 * | 384857 | $ | 7,336.00 |
| 7/1/2008 ⋅⋅ | 384861 | $ | 15,736.00 |

TOTAL DUE       $ 1,183,629.81

* Invoicing on 7/14/08

## Holly Belcher

| | |
|---|---|
| **From:** | Holly Belcher |
| **Sent:** | Wednesday, July 16, 2008 4:53 PM |
| **To:** | 'tmo@eorrlaw.com' |
| **Cc:** | Genevieve Dame |
| **Subject:** | Ports Petroleum Company, Inc. |

**Attachments:** 31327.pdf; Summary of invoices.pdf

Attached please find our correspondence forwarded to your earlier today, along with the attachments that were inadvertently not included.  Should you have any questions, please fell free to contact me.



**Holly Belcher**
Legal Assistant
hbelcher@fdmlaw.com

Tel: 404.236.8616
Fax: 404.236.8617

**Friedman, Dever & Merlin, LLC**
5555 Glenridge Connector, NE
Suite 925
Atlanta, Georgia 30342-4728

HOME   VCARD

WARNING: This message and any attached documents may contain CONFIDENTIAL AND PRIVILEGED information, such as an attorney-client communication, and is intended only for the originally named recipient(s). If you are not the original, intended recipient, immediately forward the message back to the sender and delete it from your system and server. Be aware that any disclosure, copying, distribution or use of the contents of this information is strictly prohibited and may not be used for any purpose.

If you are not the intended recipient and intentionally intercept or forward this message to someone else, you may be subject to criminal and/or civil penalties. See 18 U.S.C. 2511 et seq.